

Name: Andrew C. Bailey
Address: 2500 N. Page Springs Rd
Phone: 928 634-4335

**FILED**

APR 29 2009

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In Re: Andrew C. Bailey

Chapter 7
Case No. 2:09-bk-06979-RTBP

### Motion to Convert

Debtor, Andrew C. Bailey requests the court convert the involuntary Chapter 7 Bankruptcy filing to a voluntary Chapter 11 reorganization.

The Debtor bases this request on **11 U.S.C. § 348** and the attached declaration of Andrew C. Bailey.

Date 4/28/2009          Signature _____
                         Andrew C. Bailey, Debtor
                         In Pro Per

## Declaration of Andrew C. Bailey

I, Andrew C. Bailey, declare that I am the Debtor served with an involuntary Chapter 7 petition on April 8, 2009.

I have filed a motion to convert the involuntary Chapter 7 bankruptcy filing to a voluntary Chapter 11 bankruptcy filing so I may reorganize my financial obligations and arrange a systematic repayment plan to all creditors.

If allowed the time and protection afforded by the Bankruptcy Court, my business and financial affairs will produce the income necessary to complete a feasible repayment plan to all creditors as directed by the US Bankruptcy Codes.

I declare that the foregoing is true and correct signed under penalty of perjury under the laws of the State of Arizona.

Dated: 4/28/2009          Signed: _____
                                  Andrew C. Bailey, in pro per