# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | ANDREW C BAILEY |
| **Case Number:** | 2:09-BK-06979-RTBP    **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, AUGUST 14, 2009 09:00 AM   PRESCOTT |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | LORRAINE DAVIS |
| **Reporter / ECR:** | N/A |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO BANK

**R / M #:**    7 / 0

**VACATED:   BY AGREEMENT OF PARTIES - CONTINUED TO 9/28/09**

## *Appearances:*

NONE

## *Proceedings:*

VACATED: BY AGREEMENT OF PARTIES - CONTINUED TO 9/28/09