# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

**Debtor:** ANDREW C BAILEY
**Case Number:** 2:09-BK-06979-RTBP **Chapter:** 11
**Date / Time / Room:** MONDAY, SEPTEMBER 28, 2009 09:00 AM PRESCOTT
**Bankruptcy Judge:** REDFIELD T. BAUM
**Courtroom Clerk:** LUANN BELLER
**Reporter / ECR:** JUANITA PIERSON-WILLIAMS

## Matters:

1) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO BANK (153 WESTERN AVE GLENDALE CA)
   **R / M #:** 22 / 0

2) DEBTOR'S MOTION TO SET CLAIMS BAR DATE
   **R / M #:** 50 / 0

3) EXPEDITED HEARING ON DEBTOR'S MOTION TO EXTEND EXCLUSIVITY
   **R / M #:** 58 / 0

4) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO BANK (2500 PAGE SPRINGS RD. CORNVILLE AZ)
   **R / M #:** 7 / 0

## Appearances:

LEONARD J. MCDONALD, ATTORNEY FOR WELLS FARGO
ANDREW BAILEY, PRO SE DEBTOR

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...   2:09-BK-06979-RTBP          MONDAY, SEPTEMBER 28, 2009 09:00 AM

## *Proceedings:*

ITEM #1

Mr. McDonald informed the Court that there have been no payments since June, 2008 and there is no plan. He asked that his motion be granted.

ITEM #4

Mr. McDonald indicated that no payments have been made for 16 months and there is no plan. He asked that
his motion be granted.

The Court discussed these motions with the debtor.

Mr. Bailey noted that he believes Wells Fargo has no standing regarding these properties.

Mr. McDonald reviewed the pending trustee's sale dates on each property.

Mr. Bailey confirmed that he is no able to make the payments.

COURT: IT IS ORDERED GRANTING THE MOTIONS FOR RELIEF FROM STAY. THE COURT WILL NOT WAIVE THE TEN DAYS. COUNSEL MAY UPLOAD A FORM FOR ORDER.

ITEMS #2 & #3

Mr. Bailey urged his motion to extend exclusivity an additional 120 days. He also discussed his motion regarding the bar date with the Court, stating that he does not believe all creditors have received notice.

COURT: IT IS ORDERED DIRECTING THE DEBTOR TO FILE A PLAN 240 DAYS FROM THE FILING DATE. THE COURT WILL DEFER RULING ON THE BAR DATE MOTION.