**SO ORDERED.**

**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Dated: October 02, 2009



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-14716/0060412178

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Andrew C. Bailey<br>      Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>      Movant,<br>  vs.<br><br>Andrew C. Bailey, Debtors; Office of the US Trustee, Trustee.<br><br>      Respondents. | No. 2:09-bk-06979-RTBP<br><br>Chapter 11<br><br>O R D E R<br><br>(Related to Docket #22) |

This matter having come before the Court for a Preliminary Hearing on September 28, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor appearing by and through their counsel, pro se, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated November 7, 2005, and recorded on December 2,

2005 in 05-2946072, in the office of the Los Angeles County Recorder at wherein Wells Fargo Bank, N.A. is the current beneficiary and Andrew C. Bailey have an interest in, further described as:

Lot 4, Block 6 Tract No. 10116, in the City of Glendale, County of Los Angeles, State of California, as shown by Map on file in Book 143 pages 98 and 99 of Maps, in the office of the County Recorder of said County.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT