**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-11527/0152325825

**SO ORDERED.**

Dated: October 02, 2009



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Andrew C. Bailey<br>        Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>        Movant,<br>   vs.<br><br>Andrew C. Bailey, Debtors; Office of the US Trustee, Trustee.<br><br>        Respondents. | No. 2:09-bk-06979-RTBP<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket #7) |

This matter having come before the Court for a Preliminary Hearing on September 28, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor appearing by and through their counsel, pro se, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated June 9, 2006, and recorded on June 23, 2006,

B4409 P655 in the office of the Yavapai County Recorder at wherein Wells Fargo Bank, N.A. is the current beneficiary and Andrew C. Bailey have an interest in, further described as:

Parcel I: A portion of the Southeast quarter of Section 15, Township 16 North, Range 4 East of the Gila and Salt River Base and Meridian, Yavapai County, Arizona, more particularly described as follows: COMMENCING at the Southeast corner of said Section 15; THENCE North 89°57'49" West along the Southerly boundary of said Section 15, a distance of 495.31 feet to the Westerly right of way line of the Page Springs Road and the TRUE POINT OF BEGINNING; THENCE continuing North 89°57'49" West, a distance of 414.11 feet; THENCE North 12°47'43" West, a distance of 293. 12 feet; THENCE South 89°57'49" East, a distance of 292.28 feet to a point on the Westerly right of way line of the Page Springs Road; THENCE Southeasterly, along said right of way line on a curve to the left, having a radius of 749.00 feet, through a central angle of 15°51'22", a distance of 207.33 feet; THENCE South 37°56'23" East, along said right of way, a distance of 135.61 feet to the TRUE POINT OF BEGINNING.

PARCEL II: AN EASEMENT for ingress and egress described as follows: COMMENCING at the Southeast corner of said Section 15; THENCE North 89°57'49" West, along the Southerly boundary of said Section 15, a distance of 1303.17 feet;
THENCE North 07°17'21" East, a distance of 288.10 feet; THENCE South 89°57'49" East, a distance of 272.98 feet to the TRUE POINT OF BEGINNING; THENCE North 39°02'54" East, 356.01 feet; THENCE South 89°57'49" East, a distance of 31.21 feet;
THENCE South 03°33'23" East, a distance of 30.06 feet; THENCE North 89°57'49" West, a distance of 18.79 feet; THENCE South 39°02'54" West, a distance of 317.40 feet; THENCE North 89°57'49" West, a distance of 38.60 feet to the TRUE POINT OF BEGINNING of said Access Easements.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ___ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT