



FILED

NOV 1 7 2009

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Andrew C. Bailey,<br><br>            Debtor (s). | Chapter 11 Proceedings<br><br>2:09-bk-06979-RTBP |
| THE BANK OF NEW YORK MELLON, fka The Bank of New York as Trustee for the Certificateholders, CWALT, Inc., Alternative Loan Trust 007-HY4 Mortgage Pass-Through Certificates, Series 2007-HY4, its assignees and/or successors in interest,<br>           Movant,<br>vs.<br><br>Andrew C. Bailey, Debtor,<br>Pierce, Chapter 7 Trustee,<br><br>           Respondents. | ORDER OF RECUSAL<br><br>(BANK OF NEW YORK)<br><br><br>**(SARAH SHARER CURLEY)** |

Before the court is the MOTION FOR RELIEF FROM THE AUTOMATIC STAY, filed by THE BANK OF NEW YORK TRUST COMPANY. It appearing that the Honorable Redfield T. Baum has a conflict of interest and must recuse himself from considering the bank's motion, and therefore;

IT IS HEREBY ORDERED pursuant to the provisions of 28 U.S.C. 455(b)(4) the undersigned Bankruptcy Judge is disqualified from considering this matter and refers it to the Clerk of the Court for reassignment to another bankruptcy judge for his/her consideration.

DATED this 17 day of November, 2009.

_____
Honorable Redfield T. Baum
United States Bankruptcy Judge

Copy of the foregoing
mailed this 17 day of
November, 2009 to:

Gerard R. O'Meara
GUST ROSENFELD, PLC
1 South Church Avenue, Suite 1900
Tucson, Arizona 85701-1620

Andrew C. Bailey
2500 North Page Springs Road
Cornville, Arizona 86325

Larry Lee Watson
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003

by _____
Judicial Assistant