# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | ANDREW C BAILEY |
| **Case Number:** | 2:09-BK-06979-RTBP     **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JANUARY 19, 2010 10:00 AM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS |

### Matters:

1) DEBTOR'S MOTION FOR REHEARING REGARDING ENTRY OF ORDER GRANTING STAY RELIEF TO WELLS FARGO RE: CORNVILLE AZ & GLENDALE CA PROPERTY & MOTION TO ENFORCE QUALIFIED WRITTEN REQUEST
   R / M #:   7 / 0

2) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO BANK
   R / M #:   22 / 0

### Appearances:

ANDREW BAILEY, PRO SE DEBTOR
LEONARD MCDONALD, ATTORNEY FOR WELLS FARGO
JANESSA KOENIG, ATTORNEY FOR WELLS FARGO

### Proceedings:

Mr. Bailey explained his position, stating that he disputes the amounts owed and who they are owed to. He stated that he would like an opportunity to have evidence admitted and his expert witness heard. Mr. Bailey answered questions raised by the Court, including the pending trustee's sales.

Ms. Koenig stated that she is involved only regarding the property at 2620 N Pedro, Cornville. She stated that there is no equity left in the property, that Wells Fargo has always had this loan and addressed the pending trustee's sale.

Mr. McDonald answered questions raised by the Court involving the property at 2500 N Page Springs.

Mr. Bailey replied.

COURT: THE DEBTOR AND WELLS FARGO ARE ALLOWED TO FILE DOCUMENTS BY FRIDAY THAT MAY INCLUDE AFFIDAVITS IN SUPPORT OF THEIR POSITIONS REGARDING THE 2620 AND 2500 PROPERTIES AND AT THAT TIME THIS MATTER WILL BE DEEMED UNDER ADVISEMENT.

UNDER ADVISEMENT
CC: Gloria, Jim

Page 1 of 1

Case 2:09-bk-06979-RTBP    Doc 129    Filed 01/19/10    Entered 01/19/10 10:54:25    Desc
Main Document    Page 1 of 1                                                01/19/2010  10:53:47AM