FORM VAN–049

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                                    Case No.: 2:09–bk–06979–RTBP

ANDREW C BAILEY                                           Chapter: 11
2500 N PAGE SPRINGS RD
CORNVILLE, AZ 86325
**SSAN:** xxx–xx–5378
**EIN:**

Debtor(s)

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that:

A hearing in the above–entitled cause will be held at the U.S. Bankruptcy Court, 230 N. First Avenue, 7th Floor, Courtroom 703, Phoenix, AZ before the Honorable Redfield T. Baum PCT Sr. on 3/2/10 at 09:00 AM to consider and act upon the following matter:

DEBTOR'S MOTION TO EXTEND EXCLUSIVITY PERIOD

Any further pleadings must be in writing, filed with the Clerk of the Bankruptcy Court at least one week prior to the hearing.

**Date: January 26, 2010**

**Address of the Bankruptcy Clerk's Office:**          Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101                      **Brian D. Karth**
Phoenix, AZ 85003–1727
Telephone number:  (602) 682–4000
www.azb.uscourts.gov