# Notice Recipients

District/Off: 0970–2   User: davisl   Date Created: 1/26/2010
Case: 2:09–bk–06979–RTBP   Form ID: van049   Total: 90

**Recipients of Notice of Electronic Filing:**
db    ANDREW C BAILEY    andrew@cameronbaxter.net
ust    U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
aty    DEAN R. PROBER    cmartin@pprlaw.net
aty    GERARD R O'MEARA    gromeara@gustlaw.com
aty    JANESSA ERIN KOENIG    jek@jaburgwilk.com
aty    JENNIFER A. GIAIMO    Jennifer.A.Giaimo@usdoj.gov
aty    LARRY LEE WATSON    larry.watson@usdoj.gov
aty    MARK 3 BOSCO    ecf@tblaw.com
aty    MARK 6 BOSCO    ecf@tblaw.com
aty    RONALD M. HORWITZ    jmc@jaburgwilk.com

    TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ptcrd    CONSTANCE B MARLOW    2500 N PAGE SPRINGS RD    CORNVILLE, AZ 86325
ptcrd    TERESA J MOORE    P O BOX 75217    HONOLULU, HI 96836
ptcrd    JOHN L BAXTER    P O BOX 1539    SISTERS, OR 97759
cr    AMERICAN EXPRESS CENTURION BANK    C/O BECKET &LEE LLP    P.O. BOX 3001    MALVERN, PA 19355
cr    Wells Fargo Bank, N.A. C/O Mark S. Bosco.    TIFFANY &BOSCO, P.A.    2525 E. CAMELBACK RD.    SUITE 300    ESPLANADE II    PHOENIX, AZ 85016
cr    RECOVERY MANAGEMENT SYSTEMS CORPORATION    25 SE 2ND AVE #1120    MIAMI, FL 33131
cr    NCO Portfolio Management    c/o Becket and Lee LLP    POB 3001    Malvern, PA 19355–0701
cr    BAC Home Loans Servicing, LP    c/o Polk, Prober, &Raphael, a Law Corp.    20750 Ventrua Blvd., Suite 100    Woodland Hills, CA 91364
cr    WELLS FARGO BANK, N.A.    JABURG &WILK    C/O RONALD M. HORWITZ    3200 N. CENTRAL AVE.    SUITE 2000    PHOENIX, AZ 85012
cr    The Bank of New York Mellon, f/k/a The Bank of New York    Gerard R. O'Meara    GUST ROSENFELD, P.L.C.    1 S. Church Ave.    Suite 1900    Tucson, AZ 85701–1627
8261011    American Express    372355243011002    Box 0001    Los Angeles CA 900960001
8246490    American Express Centurion Bank    c/o Becket and Lee LLP    POB 3001    Malvern PA 19355–0701
8261014    Aspen Valley Hospital    H005816327    P0 Box 5244    Denver CO 80217
8431126    BAC Home Loans Servicing, LP    7105 Corporate Drive    PTX–B–35    Plano, TX 75024
8431127    BAC Home Loans Servicing, LP    7105 Corporate Drive    PTX–B–35    Plano, TX 75024
8431186    BAC Home Loans Servicing, LP    7105 Corporate Drive    PTX–B–35    Plano, TX 75024
8384505    BAC Home Loans Servicing, LP    c/o Polk, Prober &Raphael    20750 Ventura Blvd., Suite 100    Woodland Hills, CA 91364
8341067    BANK OF AMERICA    WORLD POINTS    PO BOX 15726    WILMINGTON, DE 19886–5726
8341195    BANK OF AMERICA VISA    PO BOX 15971    WILMINGTON, DE 19850–5971
8261018    Bank of America    4264 2876 4684 8669    P0 Box 15726    Wilmington DE 19886–5726
8261017    Bank of America    43135170 2707 0520    P0 Box 17309    Baltimore MD 21297–1309
8261015    Bank of America    5329 0698 1021 7578    P0 Box 15726    Wilmington DE 19886–5726
8261021    Brett Amick    20 Supai Drive    Sedona AZ 86351
8261029    CITI AAdvantage World Mastercard    5466 1602 3258 9190    P0 Box 6403    The Lakes NV 88901 6403
8406093    CITI CARDS    PO BOX 6077    SIOUX FALLS SD 57117–6077
8406090    CONSTANCE B MARLOW    2500 N PAGE SPRINGS RD    CORNVILLE AZ 86325
8261022    Capital One Bank    4003447009126709    P0 Box 60599    City of Industry CA 91716–0599
8261024    Chase Bank    4147 2020 2986 3303    P0 Box 94014    Palatine IL 600944014
8261027    Citi–Cards    5082290050153821    P0 Box 6077    Sioux Falls SD 571176077
8713867    Citibank South Dakota NA    Exception Payment Processing    PO Box 6305    The Lakes, NV 88901–6305
8261038    Citicorp Credit Services Inc    6035 3201 9298 8572    P0 Box 653095    Dallas TX 75625
8261020    Client Services Inc    9472148    3451 Harry Truman Blvd    St Charles MO 633014047
8261031    Constance B Marlow    2500 N Page Springs Rd    Cornville AZ 86325
8261032    Countrywide    164999184    P0 Box 650070    Dallas TX 752650070
8261033    Countrywide    169656774    P0 Box 650070    Dallas TX 752650070
8261041    Creditors Interchange    12890375MCD    80 Holtz Dr    Buffalo NY 14225
8261025    Creditors Interchange    4147202029863303    P0 Box 94014    Palatine IL 600944014
8261035    DEX Media    200607172    26000 Cannon Rd    Cleveland OH 44146
8261034    Deluxe Business Checks    0597436401 6355292523918    P0 Box 742572    Cincinnati OH 452742572
8261058    Deluxe Business Checks    0597436401 635529523918    P0 Box 742572    Cincinnati OH 45274–2572
8261019    Encore Receivable Mgmt Inc    12418810    P0 Box 3330    Olathe KS 660633330
8261016    First Source Advantage    50050660    P0 Box 628    Buffalo NY 142400628

| | | | | |
|---|---|---|---|---|
| 8261012 | GC Services Limited Partnership | 372355243011002 | P0 Box 46960 | St Louis MO 63146 |
| 8261028 | GC Services Limited Partnership | 5082290050153821 | P0 Box 2667 | Houston TX 77252-2667 |
| 8261036 | H &H Accounting &Business Services | | P0 Box 2109 | Cottonwood AZ 86326 |
| 8261043 | Healthcare Collections LLC | F40296 | P0 Box 82910 | Phoenix AZ 850712910 |
| 8261037 | Home Depot Credit Services | 6035 3201 9298 8572 | P0 Box 6028 | The Lakes NV 88901-6028 |
| 8261039 | Household Bank Platinum | 5491 1001 9064 6300 | P0 Box 60102 | City of Industry CA 91716-0102 |
| 8406091 | JOHN L BAXTER | | PO BOX 1539 | SISTERS OR 97759 |
| 8261040 | James A West PC | 5491 1001 9064 6300 | 6380 Rogerdale Road Suite 130 | Houston TX 77072-1624 |
| 8261042 | John L Baxter | | P0 Box 1539 | Sisters OR 97759 |
| 8261050 | Law Office of Harrison Ross Byck | 15207018090101169 | 229 Plaza Blvd. Suite 112 | Morrisville PA 19067 |
| 8261044 | Lowe's | 82765030001229 | P0 Box 530914 | Atlanta GA 303530914 |
| 8261057 | McCarthy Burgess &Wolff | 200607172 | 26000 Cannon Rd | Cleveland OH 44146 |
| 8261045 | Michael K. McKinney MD PA | BAIANOO1 | 203 S. Candy Ln Ste 2A | Cottonwood AZ 86326 |
| 8261023 | NCO Financial Systems | 4003447009126709 | P0 Box 60024 | City of Industry CA 91716-0024 |
| 8246589 | NCO PORTFOLIO MANAGEMENT | c/o Becket and Lee LLP | POB 3001 | Malvern PA 19355-0701 |
| 8261026 | National Exterprises Systems | 4147202029863303 | 29125 Solon Rd | Solon Oh 441394332 |
| 8261059 | Oxford Management Services | 73543168 | 4180 Okeechobee Rd. | Ft. Pierce FL 34947 |
| 8261046 | Qwest | 9286345125 024R | P0 Box 29040 | Phoenix AZ 850389040 |
| 8417118 | Qwest Corporation | 1801 California St Rm 900 | Attn: Jane Frey | Denver CO 80202 |
| 8144533 | Recovery Management Systems Corporation | | 25 S.E. 2nd Avenue, Suite 1120 | Miami, FL 33131-1605 |
| 8246516 | Recovery Management Systems Corporation | For GE Money Bank | dba LOWE'S PROJECT CARD    25 SE 2nd Ave Ste 1120 | Miami FL 33131 |
| 8406092 | TERESA J MOORE | | PO BOX 75217 | HONOLULU HI 96836 |
| 8261047 | Teresa J Moore | | P0 Box 75217 | Honolulu HI 96836 |
| 8645221 | The Bank of New York Mellon, f/k/a The Bank of New | c/o Gerard R. O'Meara, Esq. | GUST ROSENFELD, P.L.C.    1 S. Church Ave., Suite 1900 | Tucson, Az 87501-1627 |
| 8261030 | United Recovery Systems LP | 5466160232589190 | P0 Box 722929 | Houston TX 772722929 |
| 8261053 | Van Ru Credit Corporation | 6S065000971050001 | 350 E Touhy Ave Suite 100E | Des Plaines IL 600183307 |
| 8261048 | Verde Valley Hospital | F40296 309851 | P0 Box 82910 | Phoenix AZ 850712910 |
| 8341196 | WASHINGTON MUTUAL BANK | PLATINUM MASTERCARD | PO BOX 660487 | DALLAS, TX 75266 |
| 8261054 | WELLS FARGO | 650 4340782 1998 | P0 Box 54780 | Los Angeles CA 900540780 |
| 8747802 | WELLS FARGO HOME EQUITY | | PO BOX 54180 | LOS ANGELES CA 90054-0780 |
| 8261056 | WELLS FARGO HOME MORTGAGE | 0060412178 | P0 Box 30427 | Los Angeles CA 900300427 |
| 8261055 | WELLS FARGO HOME MORTGAGE | 0152325825 | P0 Box 30427 | Los Angeles CA 90030-0427 |
| 8261051 | Washington Mutual | 0735431678 | P0 Box 78065 | Phoenix AZ 850628065 |
| 8261049 | Washington Mutual Bank | 5418226504086246 | P0 Box 660487 | Dallas TX 752660487 |
| 8446742 | Wells Fargo Bank | MAC X2303-01A | PO BOX 14469 | Des Moines IA 50306 |
| 8261052 | Wells Fargo Bank NA | 65000971050001 | P0 Box 54180 | Los Angeles CA 90054-0180 |
| 8283478 | Wells Fargo Bank, N.A. | P. O. Box 14469 MAC X2303-01A | | Des Moines, IA 50306-9655 |
| 8261013 | Zwicker &Associates | 372355243011002 | 80 Minute Man Road | Andover NA 01810 |

TOTAL: 80