# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

ANDREW C BAILEY
2500 N PAGE SPRINGS RD
CORNVILLE, AZ 86325
**SSAN:** xxx−xx−5378
**EIN:**

Debtor(s)

Case No.: 2:09−bk−06979−RTBP

Chapter: 11

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that:

A hearing in the above−entitled cause will be held at the U.S. Bankruptcy Court, 230 N. First Avenue, 7th Floor, Courtroom 703, Phoenix, AZ before the Honorable Redfield T. Baum PCT Sr. on 3/2/10 at 09:00 AM to consider and act upon the following matter:

DEBTOR'S MOTION TO EXTEND EXCLUSIVITY PERIOD

Any further pleadings must be in writing, filed with the Clerk of the Bankruptcy Court at least one week prior to the hearing.

**Date: January 26, 2010**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Brian D. Karth**

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: davisl              Page 1 of 2           Date Rcvd: Jan 26, 2010
Case: 09-06979                Form ID: van049           Total Noticed: 70
```

The following entities were noticed by first class mail on Jan 28, 2010.
```
cr           +BAC Home Loans Servicing, LP,   c/o Polk, Prober, & Raphael, a Law Corp.,
              20750 Ventrua Blvd., Suite 100,   Woodland Hills, CA 91364-6207
cr          +++RECOVERY MANAGEMENT SYSTEMS CORPORATION,    25 SE 2ND AVE #1120,    MIAMI, FL 33131-1605
cr            The Bank of New York Mellon, f/k/a The Bank of New,    Gerard R. O'Meara,   GUST ROSENFELD, P.L.C.,
              1 S. Church Ave.,   Suite 1900,   Tucson, AZ  85701-1627
cr           +WELLS FARGO BANK, N.A.,    JABURG & WILK,   C/O RONALD M. HORWITZ,   3200 N. CENTRAL AVE.,
              SUITE 2000,   PHOENIX, AZ 85012-2463
cr           +Wells Fargo Bank, N.A. C/O Mark S. Bosco.,   TIFFANY & BOSCO, P.A.,   2525 E. CAMELBACK RD.,
              SUITE 300,   ESPLANADE II,   PHOENIX, AZ 85016-4237
8261011       American Express,   372355243011002,   Box 0001,   Los Angeles CA 900960001
8246490       American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
8261014      +Aspen Valley Hospital,   H005816327,   P0 Box 5244,   Denver CO 80217-5244
8431126      +BAC Home Loans Servicing, LP,   7105 Corporate Drive,   PTX-B-35,   Plano, TX 75024-4100
8384505      +BAC Home Loans Servicing, LP,   c/o Polk, Prober & Raphael,   20750 Ventura Blvd., Suite 100,
              Woodland Hills, CA 91364-6207
8341067       BANK OF AMERICA,   WORLD POINTS,   PO BOX 15726,   WILMINGTON, DE 19886-5726
8341195       BANK OF AMERICA VISA,   PO BOX 15971,   WILMINGTON, DE 19850-5971
8261017       Bank of America,   43135170 2707 0520,   P0 Box 17309,   Baltimore MD 21297-1309
8261018       Bank of America,   4264 2876 4684 8669,   P0 Box 15726,   Wilmington DE 19886-5726
8261015       Bank of America,   5329 0698 1021 7578,   P0 Box 15726,   Wilmington DE 19886-5726
8261021     +++Brett Amick,   20 Supai Drive,   Sedona AZ 86351-8988
8261029       CITI AAdvantage World Mastercard,   5466 1602 3258 9190,   P0 Box 6403,   The Lakes NV 88901 6403
8406093       CITI CARDS,   PO BOX 6077,   SIOUX FALLS SD  57117-6077
8261022       Capital One Bank,   4003447009126709,   P0 Box 60599,   City of Industry CA 91716-0599
8261024       Chase Bank,   4147 2020 2986 3303,   P0 Box 94014,   Palatine IL 600944014
8261027       Citi-Cards,   5082290050153821,   P0 Box 6077,   Sioux Falls SD 571176077
8713867       Citibank South Dakota NA,   Exception Payment Processing,   PO Box 6305,
              The Lakes, NV 88901-6305
8261038      +Citicorp Credit Services Inc,   6035 3201 9298 8572,   P0 Box 653095,   Dallas TX 75265-3095
8261020      +Client Services Inc,   9472148,   3451 Harry Truman Blvd,   St Charles MO 63301-9816
8261031      +Constance B Marlow,   2500 N Page Springs Rd,   Cornville AZ 86325-6122
8261032       Countrywide,   164999184,   P0 Box 650070,   Dallas TX 752650070
8261033       Countrywide,   169656774,   P0 Box 650070,   Dallas TX 752650070
8261041      +Creditors Interchange,   12890375MCD,   80 Holtz Dr,   Buffalo NY 14225-1470
8261025       Creditors Interchange,   4147202029863303,   P0 Box 94014,   Palatine IL 600944014
8261035      +DEX Media,   200607172,   26000 Cannon Rd,   Cleveland OH 44146-1807
8261034       Deluxe Business Checks,   0597436401 6355292523918,   P0 Box 742572,   Cincinnati OH 452742572
8261058       Deluxe Business Checks,   0597436401 635529523918,   P0 Box 742572,   Cincinnati OH 45274-2572
8261019       Encore Receivable Mgmt Inc,   12418810,   P0 Box 3330,   Olathe KS 660633330
8261016       First Source Advantage,   50050660,   P0 Box 628,   Buffalo NY 142400628
8261028       GC Services Limited Partnership,   5082290050153821,   P0 Box 2667,   Houston TX 77252-2667
8261012      +GC Services Limited Partnership,   372355243011002,   P0 Box 46960,   St Louis MO 63146-6960
8261036      +H & H Accounting & Business Services,   P0 Box 2109,   Cottonwood AZ 86326-2109
8261043       Healthcare Collections LLC,   F40296,   P0 Box 82910,   Phoenix AZ 850712910
8261037       Home Depot Credit Services,   6035 3201 9298 8572,   P0 Box 6028,   The Lakes NV 88901-6028
8261039       Household Bank Platinum,   5491 1001 9064 6300,   P0 Box 60102,   City of Industry CA 91716-0102
8261040      +James A West PC,   5491 1001 9064 6300,   6380 Rogerdale Road Suite 130,   Houston TX 77072-1647
8261042      +John L Baxter,   P0 Box 1539,   Sisters OR 97759-1539
8261050      +Law Office of Harrison Ross Byck,   15207018090101169,   229 Plaza Blvd. Suite 112,
              Morrisville PA 19067-7601
8261057      +McCarthy Burgess & Wolff,   200607172,   26000 Cannon Rd,   Cleveland OH 44146-1807
8261045      +Michael K. McKinney MD PA,   BAIAN001,   203 S. Candy Ln Ste 2A,   Cottonwood AZ 86326-4172
8261023       NCO Financial Systems,   4003447009126709,   P0 Box 60024,   City of Industry CA 91716-0024
8246589       NCO PORTFOLIO MANAGEMENT,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
8261026      +National Enterprises Systems,   4147202029863303,   29125 Solon Rd,   Solon Oh 44139-3442
8261047      +Teresa J Moore,   P0 Box 75217,   Honolulu HI 96836-0217
8645221      +The Bank of New York Mellon, f/k/a The Bank of New,   c/o Gerard R. O'Meara, Esq.,
              GUST ROSENFELD, P.L.C.,   1 S. Church Ave., Suite 1900,   Tucson, Az 85701-1627
8261030       United Recovery Systems LP,   5466160232589190,   P0 Box 722929,   Houston TX 772722929
8261053      +Van Ru Credit Corporation,   6S065000971050001,   350 E Touhy Ave Suite 100E,
              Des Plaines IL 60018
8261048       Verde Valley Hospital,   F40296 309851,   P0 Box 82910,   Phoenix AZ 850712910
8341196       WASHINGTON MUTUAL BANK,   PLATINUM MASTERCARD,   PO BOX 660487,   DALLAS, TX 75266
8261054       WELLS FARGO,   650 4340782 1998,   P0 Box 54780,   Los Angeles CA 900540780
8747802      +WELLS FARGO HOME EQUITY,   PO BOX 54180,   LOS ANGELES CA 90054-0180
8261056       WELLS FARGO HOME MORTGAGE,   0060412178,   P0 Box 30427,   Los Angeles CA 900300427
8261055       WELLS FARGO HOME MORTGAGE,   0152325825,   P0 Box 30427,   Los Angeles CA 90030-0427
8261051       Washington Mutual,   0735431678,   P0 Box 78065,   Phoenix AZ 850628065
8261049       Washington Mutual Bank,   5418226504086246,   P0 Box 660487,   Dallas TX 752660487
8446742      +Wells Fargo Bank,   MAC X2303-01A,   PO Box 14469,   Des Moines IA 50306-3469
8261052       Wells Fargo Bank NA,   65000971050001,   P0 Box 54180,   Los Angeles CA 90054-0180
8283478      +Wells Fargo Bank, N.A.,   P. O. Box 14469 MAC X2303-01A,   Des Moines, IA 50306-3469
8261013      +Zwicker & Associates,   372355243011002,   80 Minute Man Road,   Andover NA  01810-1008
```

The following entities were noticed by electronic transmission on Jan 26, 2010.
```
8261044       E-mail/PDF: gecsedi@recoverycorp.com Jan 27 2010 00:50:02     Lowe's,   82765030001229,
              P0 Box 530914,   Atlanta GA 303530914
8261059      +Fax: 772-465-8421 Jan 26 2010 23:25:50     Oxford Management Services,   73543168,
              4180 Okeechobee Rd.,   Ft. Pierce FL 34947-5404
8261046       E-mail/Text: bklaw@qwest.com                            Qwest,   9286345125 024R,   P0 Box 29040,
              Phoenix AZ 850389040
8417118      +E-mail/Text: bklaw@qwest.com                            Qwest Corporation,
              1801 California St Rm 900,   Attn: Jane Frey,   Denver CO 80202-2609
```

```
The following entities were noticed by electronic transmission (continued)
8144533        E-mail/PDF: rmscedi@recoverycorp.com Jan 27 2010 00:50:03
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
8246516       +E-mail/PDF: rmscedi@recoverycorp.com Jan 27 2010 00:56:52
                 Recovery Management Systems Corporation,   For GE Money Bank,   dba LOWE'S PROJECT CARD,
                 25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                             TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +++AMERICAN EXPRESS CENTURION BANK,   C/O BECKET & LEE LLP,   P.O. BOX 3001,
                 MALVERN, PA 19355-0701
ptcrd*        +CONSTANCE B MARLOW,   2500 N PAGE SPRINGS RD,   CORNVILLE, AZ 86325-6122
ptcrd*        +JOHN L BAXTER,   P O BOX 1539,   SISTERS, OR 97759-1539
cr*          +++NCO Portfolio Management,   c/o Becket and Lee LLP,   POB 3001,   Malvern, PA  19355-0701
ptcrd*        +TERESA J MOORE,   P O BOX 75217,   HONOLULU, HI 96836-0217
8431127*      +BAC Home Loans Servicing, LP,   7105 Corporate Drive,   PTX-B-35,   Plano, TX 75024-4100
8431186*      +BAC Home Loans Servicing, LP,   7105 Corporate Drive,   PTX-B-35,   Plano, TX 75024-4100
8406090*      +CONSTANCE B MARLOW,   2500 N PAGE SPRINGS RD,   CORNVILLE AZ 86325-6122
8406091*      +JOHN L BAXTER,   PO BOX 1539,   SISTERS OR 97759-1539
8406092*      +TERESA J MOORE,   PO BOX 75217,   HONOLULU HI 96836-0217
                                                                                           TOTALS: 0, * 10
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 28, 2010**          **Signature:**   _Joseph Speetjens_