# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | ANDREW C BAILEY | | |
| **Case Number:** | 2:09-bk-06979-RTBP | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, FEBRUARY 02, 2010 01:30 PM   7TH FLOOR #701 | | |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY | | |
| **Courtroom Clerk:** | WANDA GARBERICK | | |
| **Reporter / ECR:** | ANDAMO PURVIS | | |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY THE BANK OF NEW YORK MELLON

**R / M #:** 82 / 0

## *Appearances:*

NONE

## *Proceedings:*

This matter comes before the Court on a "Motion for Relief from Stay"("Motion") filed on November 12, 2009, by The Bank of New York Mellon ("Movant"). The Court has reviewed the Motion and underlying exhibits and denies the Motion without prejudice for the following reason(s):

  x   The Movant has failed to provide adequate information for the Court to determine that it is the real party-in-interest.  The Court notes that the named lender on the Note and Deed of Trust is Countrywide Bank, FSB.  However, the Movant is The Bank of New York Mellon.  The Movant has failed to demonstrate how The Bank of New York Mellon obtained its interest in the Note and Deed of Trust.

Based upon the foregoing,

IT IS ORDERED denying the Motion for Relief from the Automatic Stay without prejudice, and vacating the hearing scheduled on February 2, 2010 at 1:30 p.m..

IT IS FURTHER ORDERED that the Movant must remedy all deficiencies, as indicated above, prior to setting any future hearings on this matter.

Case 2:09-bk-06979-RTBP    Doc 139    Filed 02/01/10    Entered 02/01/10 07:33:39    Desc
Main Document    Page 1 of 1