ANDREW C. BAILEY
2500 N. Page Springs Rd
Cornville, AZ 86325
928 634-4335
*Debtor in Pro Per*

FILED
FEB 0 2 2010
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>**ANDREW C. BAILEY**<br>Debtor<br><br>vs<br><br>WELLS FARGO BANK NA<br>Movant | **Chapter 11**<br>**Case #: 2:09-bk-06979-PHX-RTBP**<br>Adversary case # 2:09-ap-01729-RTBP<br><br>**OBJECTION TO DECLARATION OF CRISTY BIDLER IN SUPPORT OF WELLS FARGO BANK NA'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Subject transaction:<br>Wells Fargo # 65065000971050001<br>Subject property:<br>2620 N. Page Springs Rd<br>Cornville, AZ 86325 |

**OBJECTION TO DECLARATION OF CRISTY BIDLER
IN SUPPORT OF WELLS FARGO BANK NA'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

The above-captioned Debtor and Debtor in Possession OBJECTS to the sworn declaration of Cristy Bidler (Docket # 131) in support of Wells Fargo Bank NA's Motion for Relief from the Automatic Stay. The affiant has not asserted that she has any first-hand personal knowledge of the subject Transaction.

Respectfully submitted this 30th day of January, 2010.

_____
Andrew C. Bailey, Debtor in Pro Per

**Certificate of Notice**

Copy of the foregoing was
mailed on January 30, 2010 to:

Office of the US Trustee
230 N. First Avenue, Suite 204,
Phoenix, AZ 85003

Trustee

Leonard McDonald, Esq
Tiffany & Bosco, PA
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
(Attorney for Wells Fargo Bank NA)

Dean Prober, Esq
Polk, Prober & Raphael
PO Box 4365
Woodland Hills, CA 91365-4365
(Attorney for BAC Home Loans Servicing, LP)

Ronald Horwitz, Esq
Jaberg & Wilk, PC
3200 N. Central Avenue, suite 2000
Phoenix AZ 85012
(Attorney for Wells Fargo Bank NA)

Gerald O'Meara, Esq.
Gust Rosenfeld PC
1 South Church Avenue, suite 1900
Tucson, AZ 85701-1620
(Attorney for Bank of New York Mellon)

Kyle Hirsch, Esq
Bryan Cave, LLP
Two North Central Ave. Suite 2200
Phoenix, AZ 85004
(Attorney for Bank of New York Mellon, Countrywide Home Loans, BAC Home Loans Servicing LP, MERS et al)