

B26 (Official Form 26) (12/08)

# United States Bankruptcy Court
## District of Arizona

FILED
2010 FEB 16 AM 9:20
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

In re **ANDREW C. BAILEY**
Debtor

Case No. **2:09-bk-06979-RTBP**

Chapter 11

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of **12/31/10** on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| Rancho Feliz LLC | 50% | 1. |
| Cameron Baxter Fiduws LLC | 50% | 2. |
| Cameron Baxter Enterprises LLC | 50% | 3. |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

Date: 2/5/10

_____
Signature of Authorized Individual

_____
Name of Authorized Individual

_____
Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

Signature(s) of Debtor(s) (Individual/Joint)

_____
Signature of Debtor

_____
Signature of Joint Debtor

RANCHO FELIZ LLC

VALUATION

NOT AVAILABLE AT THIS TIME

Preparer: AC Bailey

RANCHO FELIZ, LLC

BALANCE SHEET   7/1/09- 12/31/09

NOT AVAILABLE AT THIS TIME

Preparer: AC Bailey

# RANCHO FELIZ/ INNSTITUTE   JULY - DEC 2009

**INCOME**                                   $ 9,615.97

| | | |
|---|---:|---:|
| AUTO EXP | $ | 107.50 |
| BANK FEES | $ | 151.00 |
| POSTAGE | $ | 29.96 |
| PROF ACCTING | $ | 398.38 |
| BOOKKEEPING | $ | 400.00 |
| CLERICAL | $ | - |
| FOOD /SUP FOR GUESTS | $ | 801.68 |
| CLEANING | $ | 787.50 |
| REPAIRS / MANT | $ | 593.65 |
| TELEPHONE | $ | 922.60 |
| CABLE | $ | 245.00 |
| TRASH | $ | 54.00 |
| GAS/ELEC | $ | 1,495.28 |
| ADV/DOMAIN | $ | - |
| OFFICE SUPPLIES/EQUIP | $ | 683.06 |
| PRINTING & REPRO | $ | 10.80 |
| SALES TAX | $ | 17.07 |
| MEALS & ENTERTAIN | $ | 47.52 |
| | $ 9,615.97 | $ 6,745.00 |

|  |  |  |
|---|---|---:|
| | INCOME | $ 9,615.97 |
| | EXPENSES | $ (6,745.00) |
| NET INCOME | | $ 2,870.97 |

RANCHO FELIZ LLC

CASH FLOWS

NOT AVAILABLE AT THIS TIME

Preparer: AC Bailey

RANCHO FELIZ LLC

EQUITY CHANGES

NOT AVAILABLE AT THIS TIME

Preparer: AC Bailey

**RF-Description of Operations**

**Rancho Feliz, LLC**

Interest 50%

This is the Bed & Breakfast/Retreat Center entity.
aka Page Springs Bed and Breakfast (B&B)
 http://www.PageSpringsBandB.com/
aka The INNstitute At Sedona (Retreat Center)
 http://www.TheINNstituteAtSedona.com/

Product: we offer a host facility for facilitators of workshops, retreats and conferences.

Seasonality: the hospitality business in Sedona, AZ is very seasonal (spring & fall)
The retreat center business is less affected but seasonality is still an issue.
Best months March-June and Sept-November.

The Retreat Center business is new, launched in August 2008. We found the B&B business to be very cost/labor intensive and unprofitable as a result.
The retreat business has real potential. Much higher income-to-expense ratio than B&B operation. Proven track record. Needs advertising/promotion/marketing.

$13,000 gross income in Sept 2008. $8,000 gross income in June 2009. Despite the economic downturn, the business has demonstrated its potential to be viable.

We have a calendar of proposed/possible retreats July 2009 - June 2010, but in the face of foreclosure proceedings have been forced to suspend operations until we are sure we can contract to offer our services.

We are in negotiation with our business consultant/marketing specialist Teresa Moore ( http://www.MooreWealth.com/) who is interested in coming in as a partner. She is planning to bring in Dr Julia French as Operations Manager. In other words, we have a very good team, and the potential exists to continue the development of a successful and ongoing entity.

Source preparer: AC Bailey

CAMERON BAXTER FILMS LLC

VALUATION

NOT AVAILABLE AT THIS TIME

Preparer: AC Bailey

CAMERON BAXTER FILMS, LLC

BALANCE SHEET   7/1/09- 12/31/09

NOT AVAILABLE AT THIS TIME

Preparer: AC Bailey

## CBF JULY - DECEMBER 2009

| | | |
|---|---|---|
| INCOME | $ | 331.29 |

| | | |
|---|---|---|
| AUTO EXPENSES | $ | 1,215.25 |
| OFFICE SUPPLIES | $ | 617.42 |
| ELECTRONIC REPAIRS | $ | - |
| PRINTING /REPROD | $ | 210.12 |
| ADVERTISING | $ | - |
| SUPPLIES | $ | 1,331.96 |
| TRAVEL | $ | 191.19 |
| LODGING | $ | - |
| MEALS | $ | 343.81 |
| POSTAGE | $ | 206.40 |
| BANK FEES | $ | 185.00 |
| BUILDING REPAIRS | $ | 10.92 |
| | $ | 4,312.07 |

| | | |
|---|---|---|
| NET INCOME | $ | (3,980.78) |

CAMERON BAXTER FILMS LLC

CASH FLOWS

NOT AVAILABLE AT THIS TIME

Preparer: AC Bailey

CAMERON BAXTER FILMS LLC

EQUITY CHANGES

NOT AVAILABLE AT THIS TIME

Preparer: AC Bailey

**CBF-Description of Operations**

**Cameron Baxter Films, LLC**

Interest 50%

Business - the creation and marketing of independent motion pictures.
Principal product - the documentary film IN SEARCH OF THE FUTURE.

We created and released this film between 2004 and 2008.
It has been well-received, but is yet to make a profit.

The company has been seeking investors to market this film and a proposed sequel. With appropriate funding and marketing this could be a viable business, but at the moment it is dormant.

Source preparer: AC Bailey

CAMERON BAXTER ENTERPRISES LLC

VALUATION

NOT AVAILABLE AT THIS TIME

Preparer: AC Bailey

CAMERON BAXTER ENTERPRISES, LLC

BALANCE SHEET   7/1/09- 12/31/09

NOT AVAILABLE AT THIS TIME

Preparer: AC Bailey

CAMERON BAXTER ENTERPRISES, LLC

INCOME STATEMENT    7/1/09- 12/31/09

NO ACTIVITY

Preparer: AC Bailey

CAMERON BAXTER ENTERPRISES LLC

CASH FLOWS

NOT AVAILABLE AT THIS TIME

Preparer: AC Bailey

CAMERON BAXTER ENTERPRISES LLC

EQUITY CHANGES

NOT AVAILABLE AT THIS TIME

Preparer: AC Bailey

**Description of Operations**

**Cameron Baxter Enterprises, LLC**

Interest 50%

This LLC is the Real Estate Holding Company which has been used for the 3 contiguous properties on Page Springs Road.

PLEASE NOTE: Upon receipt of legal advice that properties held in the LLC were not protected under the Bankruptcy laws, these properties were transferred back into our personal names and recorded with Yavapai County on July 10, 2009.

The LLC does not do any business per se and does not have any assets as of July 10, 2009.


Source preparer: AC Bailey