Robert J. Miller (#013334)
Kyle S. Hirsch (#024155)
BRYAN CAVE LLP
Two N. Central Avenue, 22nd Floor
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Telecopier: (602) 364-7070
Internet: rjmiller@bryancave.com
kyle.hirsch@bryancave.com

Counsel for The Bank of New York Mellon,
as trustee of the CWALT, Inc. Alternative
Loan Trust 2007-HY4 Mortgage Pass-Through
Certificates, Series 2007-HY4

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re:

ANDREW C. BAILEY,

Debtor

Chapter 11 Proceedings

Case No. 2:09-bk-06979-PHX-RTBP

**EX PARTE APPLICATION FOR NOTICE OF SUBSTITUTION OF COUNSEL FOR THE BANK OF NEW YORK MELLON**

Pursuant to Local Bankruptcy Rule 9010-1(b), The Bank of New York Mellon ("BONY"), in its capacity as trustee of the CWALT, Inc. Alternative Loan Trust 2007-HY4 Mortgage Pass-Through Certificates, Series 2007-HY4, hereby applies to the Court for entry of an Order substituting Robert J. Miller and Kyle S. Hirsch of Bryan Cave, LLP, 2 North Central Avenue, Suite 2200, Phoenix, Arizona 85004, whose telephone number is (602) 364-7000 and whose email addresses are, respectively, rjmiller@bryancave.com and kyle.hirsch@bryancave.com ("Substituting Counsel"), in place of Gerard R. O'Meara of Gust Rosenfeld, PLC, as its counsel of record.

By filing this Application, Substituting Counsel hereby approves substitution as set forth herein.

This Application is presented to the Court on an ex parte basis for immediate entry. A form of order is being uploaded concurrently with the filing of this Application.

RESPECTFULLY SUBMITTED this 23rd day of February, 2010.

**BRYAN CAVE LLP**

By: /s/ KSH #024155
Robert J. Miller
Kyle S. Hirsch
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004
Attorneys for Defendants

COPY of the foregoing served via **email** this 23rd day of February, 2009, upon:

Andrew C. Bailey
2500 N. Page Springs Rd.
Cornville, AZ 86325
Email: andrew@cameronbaxter.net
Debtor in Pro Per

Jennifer A. Giaimo, Esq.
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003
Jennifer.a.giaimo@usdoj.gov

Gerard R. Omeara, Esq.
Gust Rosenfeld, PLC
1 South Church Avenue, Suite 1900
Tucson, AZ 85701-1620
gromeara@gustlaw.com
   Attorneys of Record for The Bank
   of New York Mellon, in its capacity
   as trustee of the CWALT, Inc.
   Alternative Loan Trust 2007-HY4
   Mortgage Pass-Through Certificates,
   Series 2007-HY4, its assignees and/or
   successors-in-interest

| | |
|---|---|
| 1 | Dean R. Prober, Esq. |
| 2 | Polk, Prober & Raphael, A Law Corporation |
| | P.O. Box 4365 |
| 3 | Woodland Hills, CA 91365-4365 |
| 4 | dprober@pprlaw.net |
| | Attorneys of Record for BAC Home |
| 5 |     Loans Servicing, LP |
| 6 | |
| | Mark S. Bosco, Esq. |
| 7 | Leonard J. McDonald, Esq. |
| | Tiffany & Bosco, P.A. |
| 8 | 2525 East Camelback Road, Suite 300 |
| 9 | Phoenix, AZ 85016 |
| | msb@tlbaw.com; |
| 10 | ljm@tblaw.com |
| | Attorneys for Wells Fargo Bank, N.A. |
| 11 | |
| 12 | Ronald M. Horwitz, Esq. |
| | Janessa E. Koenig, Esq. |
| 13 | Jaburg & Wilk, P.C. |
| | 3200 North Central Avenue |
| 14 | Suite 2000 |
| 15 | Phoenix, AZ 85012 |
| | rmh@jaburgwilk.com |
| 16 | jek@jaburgwilk.com |
| 17 | Attorneys for Wells Fargo Bank, N.A. |

  /s/ Corkey C. Beckstead _____