Robert J. Miller (#013334)
Kyle S. Hirsch (#024155)
BRYAN CAVE LLP
Two N. Central Avenue, 22nd Floor
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Telecopier: (602) 364-7070
Internet:  rjmiller@bryancave.com
          kyle.hirsch@bryancave.com

Counsel for BAC Home Loans Servicing, LP

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>ANDREW C. BAILEY,<br><br>    Debtor | Chapter 11 Proceedings<br><br>Case No. 2:09-bk-06979-PHX-RTBP<br><br>**EX PARTE APPLICATION FOR NOTICE OF SUBSTITUTION OF COUNSEL FOR BAC HOME LOANS SERVICING, LP** |

Pursuant to Local Bankruptcy Rule 9010-1(b), BAC Home Loans Servicing, LP ("BAC"), hereby applies to the Court for entry of an Order substituting Robert J. Miller and Kyle S. Hirsch of Bryan Cave, LLP, 2 North Central Avenue, Suite 2200, Phoenix, Arizona 85004, whose telephone number is (602) 364-7000 and whose email addresses are, respectively, rjmiller@bryancave.com and kyle.hirsch@bryancave.com ("Substituting Counsel"), in place of Dean R. Prober of Polk, Prober & Raphael, A Law Corporation, as its counsel of record.

By filing this Application, Substituting Counsel hereby approves substitution as set forth herein.

This Application is presented to the Court on an ex parte basis for immediate entry. A form of order is being uploaded concurrently with the filing of this Application.

RESPECTFULLY SUBMITTED this 23rd day of February, 2010.

**BRYAN CAVE LLP**

By:   /s/ KSH #024155
       Robert J. Miller
       Kyle S. Hirsch
       Two North Central Avenue, Suite 2200
       Phoenix, Arizona  85004
       Attorneys for Defendants

COPY of the foregoing served via **email** this 23rd day of February, 2009, upon:

Andrew C. Bailey
2500 N. Page Springs Rd.
Cornville, AZ  86325
Email:  andrew@cameronbaxter.net
Debtor in Pro Per

Jennifer A. Giaimo, Esq.
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ  85003
Jennifer.a.giaimo@usdoj.gov

Gerard R. Omeara, Esq.
Gust Rosenfeld, PLC
1 South Church Avenue, Suite 1900
Tucson, AZ  85701-1620
gromeara@gustlaw.com
    Attorneys of Record for The Bank
    of New York Mellon, in its capacity
    as trustee of the CWALT, Inc.
    Alternative Loan Trust 2007-HY4
    Mortgage Pass-Through Certificates,
    Series 2007-HY4, its assignees and/or
    successors-in-interest

2

| | |
|---|---|
| 1 | Dean R. Prober, Esq. |
| 2 | Polk, Prober & Raphael, A Law Corporation |
|   | P.O. Box 4365 |
| 3 | Woodland Hills, CA  91365-4365 |
| 4 | dprober@pprlaw.net |
|   | Attorneys of Record for BAC Home |
| 5 |     Loans Servicing, LP |

1. Dean R. Prober, Esq.
2. Polk, Prober & Raphael, A Law Corporation
3. P.O. Box 4365
   Woodland Hills, CA  91365-4365
4. dprober@pprlaw.net
   Attorneys of Record for BAC Home
5.     Loans Servicing, LP

6. Mark S. Bosco, Esq.
7. Leonard J. McDonald, Esq.
   Tiffany & Bosco, P.A.
8. 2525 East Camelback Road, Suite 300
9. Phoenix, AZ  85016
   msb@tlbaw.com
10. ljm@tblaw.com
    Attorneys for Wells Fargo Bank, N.A.
11. 

12. Ronald M. Horwitz, Esq.
    Janessa E. Koenig, Esq.
13. Jaburg & Wilk, P.C.
    3200 North Central Avenue
14. Suite 2000
15. Phoenix, AZ  85012
    rmh@jaburgwilk.com
16. jek@jaburgwilk.com
    Attorneys for Wells Fargo Bank, N.A.
17. 

18. 
      /s/ Corkey C. Beckstead
19. _____

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

3