IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: February 24, 2010



_____
SARAH S. CURLEY
U.S. Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

ANDREW C. BAILEY,

    Debtor

Chapter 11 Proceedings

Case No. 2:09-bk-06979-PHX-RTBP

**ORDER GRANTING EX PARTE APPLICATION FOR NOTICE OF SUBSTITUTION OF COUNSEL FOR THE BANK OF NEW YORK MELLON**

    This matter came before the Court pursuant to the <u>Order Granting Ex Parte Application For Substitution Of Counsel For The Bank Of New York Mellon</u> ("Application"). Pursuant to the Application, and good cause appearing,

    IT IS HEREBY ORDERED approving the withdrawal of Gerard R. O'Meara of Gust Rosenfeld, PLC as counsel of record for The Bank of New York Mellon, in its capacity as trustee of the CWALT, Inc. Alternative Loan Trust 2007-HY4 Mortgage Pass-Through Certificates, Series 2007-HY4.

    IT IS HEREBY FURTHER ORDERED that Robert J. Miller and Kyle S. Hirsch of Bryan Cave, LLP, 2 North Central Avenue, Suite 2200, Phoenix, Arizona 85004, whose telephone number is (602) 364-7000 and whose email addresses are, respectively, rjmiller@bryancave.com and kyle.hirsch@bryancave.com ("Substituting Counsel"), are counsel of record for The Bank of New York Mellon, in its capacity as trustee of the CWALT, Inc. Alternative Loan Trust 2007-HY4 Mortgage Pass-Through Certificates,

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

1 | Series 2007-HY4. Subsequent pleadings, filings
2 | and/or notices of hearing in the above-captioned proceedings shall be sent to Substituting
3 | Counsel at the addresses set forth above.

**DATED AND SIGNED AS SET FORTH ABOVE.**

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

2