**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

**Dated: February 24, 2010**



_____

**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

BRYAN CAVE LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000

In re:

ANDREW C. BAILEY,

      Debtor

Chapter 11 Proceedings

Case No. 2:09-bk-06979-PHX-RTBP

**ORDER GRANTING EX PARTE APPLICATION FOR NOTICE OF SUBSTITUTION OF COUNSEL FOR BAC HOME LOANS SERVICING, LP**

    This matter came before the Court pursuant to the Ex Parte Application For Substitution Of Counsel For BAC Home Loans Servicing, LP ("Application"). Pursuant to the Application, and good cause appearing,

    IT IS HEREBY ORDERED approving the withdrawal of Dean R. Prober of Polk, Prober & Raphael, A Law Corporation as counsel of record for BAC Home Loans Servicing, LP.

    IT IS HEREBY FURTHER ORDERED that Robert J. Miller and Kyle S. Hirsch of Bryan Cave, LLP, 2 North Central Avenue, Suite 2200, Phoenix, Arizona 85004, whose telephone number is (602) 364-7000 and whose email addresses are, respectively, rjmiller@bryancave.com and kyle.hirsch@bryancave.com ("Substituting Counsel"), are counsel of record for BAC Home Loans Servicing, LP. Subsequent pleadings, filings

662969.1 [0307032]
Case 2:09-bk-06979-RTBP   Doc 150   Filed 02/24/10   Entered 02/25/10 07:37:01   Desc
Main Document   Page 1 of 2

1  and/or notices of hearing in the above-captioned proceedings shall be sent to Substituting

2  Counsel at the addresses set forth above.

3

4  **DATED AND SIGNED AS SET FORTH ABOVE.**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

2

662969.1 [0307032]