IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

CASE NO. 2:09-bk-06979-RTBP

Chapter: 11

IN RE:

ANDREW C BAILEY

2500 N. Page Springs Rd

Cornville, AZ 86325

Debtor

**ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR DISCOVERY, AND STAY PENDING DISCOVERY AND DENYING MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

(Relating to Docket #7 and #152)

IT IS THEREFORE ORDERED that pursuant to 11 U.S.C. 362(d), and in the interests of justice, the stay remains in effect, and the Movant is ordered to cease and desist all enforcement efforts of the subject debt, until a time at which it can join indispensable real parties-in-interest and provide conclusive evidence of proof of claim. Upon consideration of the Debtor's Emergency Motion for Discovery and a Stay Pending Discovery in light of New Evidence and alleged Fraud upon the Court, and to Deny Movant's Motion for Relief from the Automatic Stay; and the Court having found that notice of the Motion is proper; and it further appearing that the relief requested in the Motion is in the best interests of the Debtor and his estate, creditors and other parties-in-interest; and after due deliberation and sufficient cause appearing thereof, it is hereby

1. **ORDERED,** that the Debtor's Emergency Motion for Discovery is granted; and it is further

2. **ORDERED,** that Wells Fargo's Motion is denied with prejudice; and it is further

3. **ORDERED,** the Movant is ordered to cease and desist all enforcement efforts of the subject debt; and it is further

4. **ORDERED,** that a stay pending discovery is granted and instated until further notice; and it is further

5. **ORDERED,** that the express matters in Debtor's Emergency Motion will be set for evidentiary hearing; and it is further

6. **ORDERED,** that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

SIGNED this ___day of _____, 2010.

_____
**THE HONORABLE REDFIELD T. BAUM**

**U.S. Bankruptcy Judge**