ANDREW C. BAILEY
2500 N. Page Springs Rd
Cornville, AZ 86325
928 634-4335
*Self-represented Litigant*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:
**ANDREW C. BAILEY**
Debtor/Respondent

Vs

**WELLS FARGO BANK NA**

Movant

Chapter 11
Case # 2:09-bk-06979-PHX-RTBP

**DEBTOR'S OBJECTION TO MOVANT WELLS FARGO BANK NA 'S EXHIBIT "A"**

(Related to docs 22 & 151)

Debtor **OBJECTS** to Movant's Exhibit "A", a purported Limited Power of Attorney which is a vague, false, void and possibly fabricated document which asserts and evidences no authority on the part of US Bank, NA and confers no authority on Movant Wells Fargo Bank, NA. Debtor asks that this Court strike Movant's Exhibit "A" from the record.

This Objection is supported by the following Memorandum of Objection and Analysis, Movant's Exhibit "A", and the entire record in 2:09-bk-06979-RTBP, which are incorporated herein by this reference:

## STATEMENT OF FACTS

1. On or about July 9, 2009 Movant Wells Fargo Bank, NA filed a Motion for Relief from the Automatic Stay with respect to Debtor's residence at 153 Western Avenue, Glendale, California (doc # 22).

2. On or about February 16, 2010 Debtor filed Respondent's Supplemental Memorandum and Motion to Deny Movant's Motion for Relief from the Automatic Stay (doc #141).

3. On or about February 26, 2010 Movant Wells Fargo Bank, NA filed a Response to Respondent's Supplemental Memorandum and Motion to Deny Movant's Motion for Relief from the Automatic Stay (doc #151) supported by a newly-revealed document attached to their pleading as Exhibit "A".

4. Exhibit "A" is represented to be a Limited Power of Attorney by which US Bank, NA purports to grant certain rights to Movant Wells Fargo Bank, NA.

5. On information and belief and expert analysis by Neil F. Garfield MBA JD, Exhibit "A" is a void and false instrument which has no force or effect on anything. It appears to be an attempt to create the appearance of propriety where there is none. Movant's Exhibit "A" should not be considered or admitted into evidence by this Court.

## MEMORANDUM OF OBJECTION AND ANALYSIS

6. The Exhibit attached to the Movant's February 26, 2010 pleading is a counterfeit instrument which purports to create rights that don't exist. The wording of the document is highly ambiguous and raises numerous questions as set forth below.

7. The Exhibit is demonstrably a void instrument. On close scrutiny the Limited Power of Attorney grants no power. It is completely contingent on facts and circumstances outside the scope of the document and has no force or effect on anything. Furthermore, no evidence has been offered that Debtor's "loan" is in any trust or pool associated with the Exhibit. Nothing ties the purported Limited Power of Attorney to any such trust or pool. For these and other reasons set forth below, US Bank, NA neither warrants nor asserts nor has any authority to execute a Limited Power of Attorney.

8. The Limited Power of Attorney states that: "…no power is granted hereunder to take any action that would be adverse to the interests of the Trustee of the Holder." There is no way of knowing what is meant by this statement. What Holder? Holder of what? What Trustee? Trustee of what? How do we know what is or is not adverse to the interests of the Trustee? Therefore the Limited Power of Attorney grants no authority whatsoever from anybody to anybody.

9. Does US Bank, NA have authority to appoint an Attorney-in-Fact? They don't warrant any such authority. The document doesn't say that they have the right to do it, or from whence they might derive that right. Therefore they have no such authority.

**ANALYSIS OF THE DOCUMENT**

10. "U.S. Bank National Association ("U.S. Bank"), a national banking association organized and existing under the laws of the United States of America, 1 Federal St., Corporate Trust, 3rd Floor, Boston, MA 02110, hereby constitutes and appoints Wells Fargo Bank, N. A., successor by merger to Wells Fargo Home Mortgage, Inc. and in its name,

aforesaid Attorney-in-Fact, **by and through any officer appointed by the Board of Directors of Wells Fargo Bank, NA."**

a. No resolution or minutes from the meeting of the board of Directors of Wells Fargo Bank, NA is referred to or provided.

11. "to execute and acknowledge in writing or by facsimile stamp all documents customarily and reasonably necessary and appropriate for the tasks described in the items (1) through (4) below; **<u>provided however,</u>** that the documents described below may only be executed and delivered by such Attorneys-In-Fact if such documents are required or permitted under the terms of the related servicing agreements and no power is granted hereunder to take any action that would be adverse to the interests of the Trustee of the Holder."

a. The term "**provided however**" means there are conditions. The conditions are far outside the scope of this document, to wit "that the documents described below may only be executed and delivered by such Attorneys-In-Fact <u>if</u> such documents are required or permitted under the terms of the related servicing agreements **<u>and no power is granted</u>** hereunder to take any action that would be adverse to the interests of the Trustee of the Holder."

b. What and where are the "related servicing agreements"? They are referring to terms that are not defined in this instrument and are not offering anything that does.

c. We have a resolution that we know nothing about, a "holder" that is not defined, and the vague concept: "adverse to the interests of the Trustee of the Holder".

d. The trustee has no interest, only his beneficiaries. What trust? Where is the trust agreement?

12. "This Power of Attorney is being issued in connection with Wells Fargo Bank, NA, successor by merger to Wells Fargo Home Mortgage, Inc,'s responsibilities to service certain mortgage loans (the "loans") held by U.S. Bank in its capacity as Trustee."

a. Does this mean US Bank is the holder? What does "held by US Bank" mean? There is no assertion or evidence that Debtor's "loan" is included in the "certain mortgage loans".

13. "These Loans are comprised of Mortgages, Deeds of Trust, Deeds to Secure Debt and other forms of Security Instruments (collectively the "Security Instruments") and the Notes secured thereby."

a. What does the phrase "these Loans" refer to? What loans? How would we find the identity of "the loans"? This instrument provides no method of identifying the loans. Does it refer to a pooling and servicing agreement by description or date? It does not. Does it refer to an assignment and assumption agreement by description or date? It does not.

b. "These Loans are comprised of Mortgages, Deeds of Trust, Deeds to Secure Debt and other forms of Security Instruments (collectively the "Security Instruments") and the Notes

secured thereby." What are these? What "other forms of security instruments?" If we could find the security instruments, maybe we could find the Notes.

14. Is there even a trust? Where is the trust referred to in the Limited Power of Attorney? The Exhibit does not specify.

**CONCLUSION**

As set forth above, Movant's Exhibit "A" is a void and false instrument which is so vague and ambiguous as to have no force or effect on anything. It is an obvious fact that a document purporting to have legal effect must be absolutely unambiguous and specific in each and every one of its terms, which this document is certainly not. Exhibit "A" appears to be an attempt to create the appearance of propriety where there is none. Exhibit "A" should not be considered or admitted into evidence by this Court.

**WHEREFORE** Debtor respectfully requests that this Court this Court strike Movant's Exhibit "A" from the record and ignore it with regard to all of Movant's pleadings which rely upon it.

Respectfully submitted this 30th day of April, 2010.

_____
**Andrew C. Bailey**, *Pro Per*

**Certificate of Notice**

Copy of the foregoing was mailed on April 30, 2010 to:

U.S. Trustee
Office of the US Trustee
230 N. First Avenue, Suite 204,
Phoenix, AZ 85003


Larry Lee Watson
Office of the US Trustee
230 N. First Avenue, Suite 204,
Phoenix, AZ 85003


Jennifer A. Giaimo
Office of the US Trustee
230 N. First Avenue, Suite 204,
Phoenix, AZ 85003

Leonard McDonald, Esq
Tiffany & Bosco, PA
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016

Dean Prober, Esq
Polk, Prober & Raphael
PO Box 4365
Woodland Hills, CA 91365-4365

Ronald Horwitz, Esq
Jaberg & Wilk, PC
3200 N. Central Avenue, suite 2000
Phoenix AZ 85012

Kyle Hirsch, Esq
Bryan Cave, LLP
Two North Central Ave. Suite 2200
Phoenix, AZ 85004