# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | ANDREW C BAILEY |
| **Case Number:** | 2:09-BK-06979-RTBP   **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, MAY 05, 2010 10:00 AM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | LORRAINE DAVIS |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS |

## *Matters:*

1) **ADV: 2-09-01727**
   **ANDREW C. BAILEY vs WELLS FARGO BANK NA & FIRST AMERICAN LOANSTAR TRUSTEE SERVICES & FIRST AMERICAN TITLE INSURANCE COMPANY & FIDELITY NATIONAL TITLE INS CO & US BANK NA & WFMBS & LEHMAN BROTHERS INC**
   MOTION TO DISMISS ADVERSARY PROCEEDING FILED BY FIRST AMERICAN LOANSTAR TRUSTEE SERVICES LLC .
   **R / M #:**   14 / 0

3) HEARING IN RE: REMAINING ISSUES IN DEBTOR'S MOTION TO VACATE ORDER LIFTING STAY AND TO RENEW DEBTOR'S MOTION TO DENY STAY LIFT MOTION FILED BY WELLS FARGO
   **R / M #:**   157 / 0

4) **ADV: 2-09-01727**
   **ANDREW C. BAILEY vs WELLS FARGO BANK NA & FIRST AMERICAN LOANSTAR TRUSTEE SERVICES & FIRST AMERICAN TITLE INSURANCE COMPANY & FIDELITY NATIONAL TITLE INS CO & US BANK NA & WFMBS & LEHMAN BROTHERS INC**
   MOTION TO DISMISS ADVERSARY PROCEEDING FILED BY US BANK NA, WELLS FARGO BANK NA, WFMBS .
   **R / M #:**   16 / 0

2) **ADV: 2-09-01731**
   **ANDREW C. BAILEY vs WELLS FARGO BANK NA & LEHMAN BROTHERS BANK FSB & FIRST AMERICAN TITLE INSURANCE CO**
   MOTION TO DISMISS PARTY FILED BY LEHMAN BROTHERS BANK FSB, WELLS FARGO BANK.
   **R / M #:**   14 / 0

5) **ADV: 2-09-01727**
   **ANDREW C. BAILEY vs WELLS FARGO BANK NA & FIRST AMERICAN LOANSTAR TRUSTEE SERVICES & FIRST AMERICAN TITLE INSURANCE COMPANY & FIDELITY NATIONAL TITLE INS CO & US BANK NA & WFMBS & LEHMAN BROTHERS INC**
   MOTION TO AMEND COMPLAINT FILED BY DEBTOR
   **R / M #:**   29 / 0

6) **ADV: 2-09-01731**
   **ANDREW C. BAILEY vs WELLS FARGO BANK NA & LEHMAN BROTHERS BANK FSB & FIRST AMERICAN TITLE INSURANCE CO**
   MOTION TO AMEND COMPLAINT FILED BY DEBTOR
   **R / M #:**   25 / 0

Case 2:09-bk-06979-RTBP    Doc 177    Filed 05/05/10    Entered 05/05/10 13:11:56    Desc
Main Document    Page 1 of 2                                                        05/05/2010  1:11:44PM

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...    2:09-BK-06979-RTBP          WEDNESDAY, MAY 05, 2010 10:00 AM

## *Appearances:*

KEVIN PATRICK NELSON, ATTORNEY FOR LEHMAN BROTHERS BANK FSB, WELLS FARGO BANK NA, WFMBS
ANDREW BAILEY, DEBTOR

## *Proceedings:*

Mr. Bailey presents and discusses his position with the court. The court informs Mr. Bailey of the local rule regarding personal consultation prior to a hearing being set on any discovery issues. The court also notes he has read a lot of the pleadings that have been filed and informs Mr. Bailey that the person he is getting advise from is giving him poor advise.

Mr. Nelson responds and the court discusses the impact of the Lehman Brothers bankruptcy case on this matter.

COURT:  IT IS ORDERED granting the motion to dismiss as to First American Loanstar and U.S. Bank. The
       court will defer ruling on the Lehman Brother's motion until the court is satisfied that the stay does not
       apply.  IT IS FURTHER ORDERED granting the motions to amend filed by Mr. Bailey. The amended
       complaints are to be filed by 6/7/10. The court states he will not vacate the stay lift order of Wells Fargo.

Case 2:09-bk-06979-RTBP    Doc 177    Filed 05/05/10    Entered 05/05/10 13:11:56    Desc
Main Document    Page 2 of 2    05/05/2010  1:11:44PM