Robert J. Miller (#013334)
Kyle S. Hirsch (#024155)
BRYAN CAVE LLP
Two N. Central Avenue, 22nd Floor
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Telecopier: (602) 364-7070
Internet: rjmiller@bryancave.com
         kyle.hirsch@bryancave.com
Counsel for Movants

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ANDREW C. BAILEY,<br><br>Debtor | Chapter 11 Proceedings<br><br>Case No. 2:09-bk-06979-PHX-RTBP |
| THE BANK OF NEW YORK MELLON, as trustee of the CWALT, INC. ALTERNATIVE LOAN TRUST 2007-HY4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY4; BAC HOME LOANS SERVICING, LP; and MORTGAGE ELECTRONIC REGISTRATION SERVICE,<br>         Movants,<br>vs.<br>ANDREW C. BAILEY,<br>         Respondent. | DECLARATION OF SUSAN ELSNER IN SUPPORT OF MOTION FOR RELIEF FROM STAY REGARDING REAL PROPERTY LOCATED AT 2560 N. PAGE SPRINGS ROAD, CORNVILLE, ARIZONA<br><br>Hearing Date: Not yet set.<br>Hearing Time: Not yet set. |

I, Susan Elsner, state, under penalty of perjury under the laws of the United States of America, as follows:

    1.    I am over the age of 18, and I am competent to testify as to the matters stated in this Declaration.

    2.    I am Senior Associate of The Bank of New York Mellon Trust Company ("BNY Mellon Trust Co."). I am making this Declaration in connection with the above-captioned bankruptcy case. I have personal knowledge of all matters set forth herein, and

665710.2 [0307032]
Case 2:09-bk-06979-RTBP   Doc 181   Filed 05/14/10   Entered 05/14/10 15:01:47   Desc
Main Document   Page 1 of 3

if called upon as a witness in this case, I could and would testify competently to the best of my knowledge to the truth thereof.

3. I have access to certain business records of BNY Mellon Trust Co., and I make this Declaration, in part, based upon the information contained in those business records. The business records to which I have access in the files of BNY Mellon Trust Co. and upon which I relied in making this Declaration constitute writings made in the regular and ordinary course of business, at or near the time of the event, or act, of which they are a record, by or from information transmitted by a person with knowledge thereof, and made pursuant to the regular practices of the relevant business activity.

4. BNY Mellon Trust Co. and The Bank of New York Mellon (formerly known as The Bank of New York) ("BNY Mellon") entered into that certain Servicer Level Agreement ("SLA") pursuant to which BNY Mellon Trust Co. is the designated agent responsible for maintaining custody of all of the collateral documents conveyed to BNY Mellon, as the trustee of the Alternative Loan Trust 2007-HY4 ("Trust"), pursuant to that certain Pooling and Servicing Agreement dated May 1, 2007 by, between and among: CWALT, Inc., as depositor; Countrywide Home Loans, Inc., Park Granada LLC, Park Monaco Inc., Park Sienna LLC, and EMC Mortgage Corporation, each as a seller; Countrywide Home Loans Servicing LP, as master servicer; and BNY Mellon, as trustee of the Trust.

5. I have personally verified that the InterestOnly ADJUSTABLE RATE NOTE dated March 29, 2007 executed by Andrew Cameron Bailey and payable to the order of Countrywide Bank, FSB in the original principal amount of $425,000, is

2

665710.2 [0307032]
Case 2:09-bk-06979-RTBP    Doc 181    Filed 05/14/10    Entered 05/14/10 15:01:47    Desc
Main Document    Page 2 of 3

presently in the possession of BNY Mellon Trust Co., as the designated agent of BNY Mellon, trustee of the Trust.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. If called to testify, I would testify as I have stated in this declaration.

Executed this 21 day of April, 2010 at Cypress, California.

*[signature]*
Susan Elsner
Sr. Associate

Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406

3