Robert J. Miller (#013334)
Kyle S. Hirsch (#024155)
BRYAN CAVE LLP
Two N. Central Avenue, 22nd Floor
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Telecopier: (602) 364-7070
Internet: rjmiller@bryancave.com
kyle.hirsch@bryancave.com
Counsel for Movants

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ANDREW C. BAILEY,<br><br>Debtor | Chapter 11 Proceedings<br><br>Case No. 2:09-bk-06979-PHX-RTBP |
| THE BANK OF NEW YORK MELLON, as trustee of the CWALT, INC. ALTERNATIVE LOAN TRUST 2007-HY4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY4; BAC HOME LOANS SERVICING, LP; and MORTGAGE ELECTRONIC REGISTRATION SERVICE,<br>          Movants,<br>vs.<br>ANDREW C. BAILEY,<br>          Respondent. | DECLARATION OF MICHAEL CERCHIO IN SUPPORT OF MOTION FOR RELIEF FROM STAY REGARDING REAL PROPERTY LOCATED AT 2560 N. PAGE SPRINGS ROAD, CORNVILLE, ARIZONA<br><br>Hearing Date: Not yet set.<br>Hearing Time: Not yet set. |

I, Michael Cerchio, state, under penalty of perjury under the laws of the United States of America, as follows:

1. I am over the age of 18, and I am competent to testify as to the matters stated in this Declaration.

2. I am Vice President in the Corporate Trust Services Department of The Bank of New York Mellon f/k/a The Bank of New York ("BNY Mellon"). I am making this Declaration in connection with the above-captioned bankruptcy case. I have personal

665712.2 [0307032]

knowledge of all matters set forth herein, and if called upon as a witness in this case, I could and would testify competently to the best of my knowledge to the truth thereof.

3. I have access to certain business records of BNY Mellon, and I make this Declaration, in part, based upon the information contained in those business records. The business records to which I have access in the files of BNY Mellon and upon which I relied in making this Declaration constitute writings made in the regular and ordinary course of business, at or near the time of the event, or act, of which they are a record, by or from information transmitted by a person with knowledge thereof, and made pursuant to the regular practices of the relevant business activity.

4. BNY Mellon is the trustee for a trust known as "Alternative Loan Trust 2007-HY4" ("Trust"). The assets of the Trust consist primarily of a pool of mortgage loans secured by first liens on one- to four-family residential properties ("Mortgage Loans"). All of the Mortgage Loans have original terms to maturity of thirty (30) years. The rate on each Mortgage Loan is adjustable based on a specified index after a specified period after origination during which the mortgage rate is fixed.

5. CWALT, Inc., a Delaware corporation ("Depositor") purchased the Mortgage Loans from Countrywide Home Loans, Inc. ("CHL") and one or more other sellers affiliated with Countrywide Financial Corporation (collectively, "Sellers"). These purchases were made pursuant to a May 1, 2007 Pooling and Servicing Agreement ("PSA"). The parties to the PSA include the Depositor, the Sellers, Countrywide Home Loans Servicing LP (as master servicer to the loans and which, upon information and belief, is now known as BAC Home Loans Servicing LP), and BNY Mellon (as trustee of the Trust).

6. Pursuant to that certain Servicer Level Agreement between BNY Mellon and Bank of New York Mellon Trust Company ("BNY Mellon Trust Co."), BNY Mellon Trust Co. is the designated agent responsible for maintaining custody of all of the collateral documents conveyed under the PSA to BNY Mellon as the trustee of the Trust.

7. BNY Mellon's records indicate that Pursuant to the PSA, CHL has

665712.2 [0307032]

delivered to the trustee numerous notes and mortgages (or deeds of trust), including but not limited to that certain InterestOnly ADJUSTABLE RATE NOTE dated March 29, 2007 executed by Andrew Cameron Bailey and payable to the order of Countrywide Bank, FSB in the original principal amount of $425,000 ("Note"), and that certain DEED OF TRUST dated March 29, 2007 securing the performance and payment obligations of Mr. Bailey under the Note with real property located at 2560 N. Page Springs Road, Cornville, Yavapai County, Arizona 86325-6122 ("Deed of Trust").

8. Accordingly, it is my understanding that the Note is presently in the possession of BNY Mellon Trust Co., as the designated agent of BNY Mellon, trustee of the Trust.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. If called to testify, I would testify as I have stated in this declaration.

Executed this 21st day of April, 2010 at New York, NY.

Michael Cerchio
Michael Cerchio
Vice President

665712.2 [0307032]