Robert J. Miller (#013334)
Kyle S. Hirsch (#024155)
BRYAN CAVE LLP
Two N. Central Avenue, 22nd Floor
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Telecopier: (602) 364-7070
Internet:  rjmiller@bryancave.com
         kyle.hirsch@bryancave.com

Counsel for Movants

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>ANDREW C. BAILEY,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:09-bk-06979-PHX-RTBP |
| THE BANK OF NEW YORK MELLON, as trustee of the CWALT, INC. ALTERNATIVE LOAN TRUST 2007-HY4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY4; BAC HOME LOANS SERVICING, LP; and MORTGAGE ELECTRONIC REGISTRATION SERVICE,<br><br>Movants,<br><br>vs.<br><br>ANDREW C. BAILEY,<br><br>Respondent. | **CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY REGARDING REAL PROPERTY LOCATED AT 2560 N. PAGE SPRINGS ROAD, CORNVILLE, ARIZONA**<br><br>**Hearing Date: Not yet set.**<br><br>**Hearing Time: Not yet set.** |

STATE OF ARIZONA, COUNTY OF MARICOPA:

Pat A. Markovich, certifies and states:

1. I am over the age of twenty-one years and a resident of the State of Arizona. In my capacity as legal assistant to Kyle S. Hirsch, Esq. of Bryan Cave LLP, I caused true and correct copies of the following documents to be served as set forth below:

668497.1[0307032]

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

<u>Renewed Motion For Relief From the Automatic Stay Regarding Real Property Located at 2560 N. Page Springs Road, Cornville, Arizona</u> ("Motion") [DE# 178];

<u>Declaration of Jacqui E. Whitney in Support of Motion For Relief From Stay Regarding Real Property Located at 2560 N. Page Springs Road, Cornville, Arizona</u> ("Whitney Declaration") [DE #179];

<u>Declaration of Susan Elsner in Support of Motion For Relief From Stay Regarding Real Property Located at 2560 N. Page Springs Road, Cornville, Arizona</u> ("Elsner Declaration") [DE #180];

<u>Declaration of Michael Cerchio in Support of Motion For Relief From Stay Regarding Real Property Located at 2560 N. Page Springs Road, Cornville, Arizona</u> ("Cerchio Declaration") [DE #181];

<u>Notice of Filing Renewed Motion For Relief From the Automatic Stay Regarding Real Property Located at 2560 N. Page Springs Road, Cornville, Arizona and Bar Date for Objecting Thereto</u> (including a proposed form of order) ("Notice") [DE #182];

2. True and correct copies of the Motion, Whitney Declaration, Elsner Declaration, Cerchio Declaration and Notice were served via e-mail on May 14, 2010, upon Andrew C. Bailey, Debtor in Pro Per (andrew@cameronbaxter.net) and Larry Watson, Office of the United States Trustee (larry.watson@usdoj.gov).

3. True and correct copies of the Motion, Whitney Declaration, Elsner Declaration, Cerchio Declaration and Notice were served via U.S. Mail, postage prepaid, on May 14, 2010, upon the parties listed on <u>Exhibit "A"</u> attached hereto, which parties include those listed on the Amended 20 Largest Unsecured Creditors list on file with the court.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: May 17, 2010, at Phoenix, Arizona.

                         /s/ Pat A. Markovich
                         Pat A. Markovich

2

668497.1 [0307032]

# EXHIBIT "A"

| | |
|---|---|
| Constance B. Marlow<br>2500 N. Page Springs Road<br>Cornville, AZ  86325 | Countrywide Bank FSB<br>Acct. 169656774<br>P.O. Box 650070<br>Dallas, TX  75265-0070 |
| Yavapai County Treasurer<br>1015 Fair St.<br>Prescott, AZ  86305 | Wells Fargo Home Mortgage<br>Acct. 0152325825<br>P.O. Box 30427<br>Los Angeles, CA  90030-0427 |
| Wells Fargo Home Mortgage<br>Acct. 0060412178<br>P.O. Box 30427<br>Los Angeles, CA  90030-0427 | Leonard McDonald<br>Tiffany & Bosco, PA<br>2525 E. Camelback Rd., Suite 300<br>Phoenix, AZ  85016<br>Attorneys for Wells Fargo Home Mortgage |
| Countrywide Home Loans<br>Acct. 164999184<br>P.O. Box 650070<br>Dallas, TX  75265-0070 | Dean Prober<br>Polk, Prober & Raphael<br>P.O. Box 4365<br>Woodland Hills, CA  91365-4365<br>Attorneys for BAC Home Loans Servicing, LP |
| Wells Fargo Bank, N.A.<br>Acct. 65000971050001<br>P.O. Box 54180<br>Los Angeles, CA  90054-0180 | Ronald Horwitz<br>Jaburg & Wilk<br>3200 N. Central Avenue<br>Phoenix, AZ  85012<br>Attorneys for Wells Fargo Bank, N.A. |
| Wells Fargo Home Equity<br>Acct. 65043407821998<br>P.O. Box 54780<br>Los Angeles, CA  90054-0780 | Washington Mutual<br>Acct. 0735431678<br>P.O. Box 78065<br>Phoenix, AZ  85062-8065 |
| Countrywide Bank<br>Acct. 169656774<br>P.O. Box 650070<br>Dallas, TX  75265-0070 | John L. Baxter<br>P.O. Box 1539<br>Sisters, OR  97759 |
| Teresa J. Moore<br>P.O. Box 75217<br>Honolulu, HI  96836 | CITI Cards<br>Acct. 5082290050153821<br>P.O. Box 6077<br>Sioux Falls, SD  57117-6077 |

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

| | | |
|---|---|---|
| 1 | LTD Financial Services | CITI Aadvantage World Mastercard |
| | Acct. 5082290050153821 | Acct. 5466160232589190 |
| 2 | 7322 Southwest Freeway, Suite 1600 | P.O. Box 6403 |
| | Houston, TX  77074 | The Lakes, NV  88901-6403 |
| 3 | | |
| 4 | United Recovery Systems | Chase Bank |
| | Acct. 5466160232589190 | Acct. 4147202029863303 |
| | P.O. Box 722929 | P.O. Box 94014 |
| 5 | Houston, TX  77272-2929 | Palatine, IL  60094-4014 |
| 6 | | |
| 7 | Creditors Interchange | National Exterprises Systems |
| | Ref. PC0130873CNC | Ed. 4147202029863303 |
| | P.O. Box 94014 | 29125 Solon Rd. |
| 8 | Palatine, IL  60094-4014 | Solon, OH  44139-4332 |
| 9 | | |
| 10 | Capital One Bank | NCO Financial Systems, Inc. |
| | Acct. 4003447009126709 | P.O. Box 60024 |
| | P.O. Box 60599 | City of Industry, CA  91716-0024 |
| 11 | City of Industry, CA  91716-0599 | |
| 12 | | |
| 13 | American Express | GC Services Limited Partnership |
| | Acct. 372355243011002 | Acct. 372355243011002 |
| | P.O. Box 0001 | P.O. Box 46960 |
| 14 | Los Angeles, CA  90096-0001 | St. Louis, MO  63146 |
| 15 | | |
| 16 | Zwicker & Associates | Bank of America World Points |
| | Acct. 372355243011002 | Acct. 5329069810217578 |
| | 199 S. Los Robles Ave., Suite 410 | P.O. Box 15726 |
| 17 | Pasadena, CA  91101 | Wilmington, DE  19886-5726 |
| 18 | | |
| 19 | First Source Advantage | Bank of America Visa |
| | Ref. 50050660 | Acct. 4264287646848669 |
| | 205 Bryant Woods South | P.O. Box 15971 |
| 20 | P.O. Box 628 | Wilmington, DE  19850-5971 |
| | Amherst, NY  14228 | |
| 21 | | |
| 22 | Encore Receivable Management | Washington Mutual Bank Platinum |
| | Acct. 12418810 | Mastercard |
| 23 | 400 N. Rogers Rd. | Acct. 5418226504086246 |
| | P.O. Box 3330 | P.O. Box 660487 |
| 24 | Olathe, KS 66063-3330 | Dallas, TX 75266-0487 |
| 25 | | |
| 26 | Law Offices of Harrison Ross Byck | Home Depot Credit Services |
| | 229 Plaza Blvd., Suite 112 | Acct. 6035320192988572 |
| | Morrisville, PA  19067 | P.O. Box 6028 |
| 27 | | The Lakes, NV  88901-6028 |
| 28 | | |

4

668497.1 [0307032]

**BRYAN CAVE LLP**
**TWO NORTH CENTRAL AVENUE, SUITE 2200**
**PHOENIX, ARIZONA 85004-4406**
**(602) 364-7000**

|  |  |
|---|---|
| Citicorp Credit Services, Inc.<br>Acct. 6035320192988572<br>P.O. Box 653095<br>Dallas, TX 75625 | Verde Valley Hospital<br>c/o Healthcare Collections<br>Acct. #F40296<br>P.O. Box 82910<br>Phoenix, AZ 85071-2910 |