# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

FILED

MAY 18 2010

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re:

Andrew C Bailey

Debtor(s)

CASE NO.   2:09-bk-06979-RTBP

**INDIVIDUAL DEBTOR NOT ENGAGED IN**
**BUSINESS MONTHLY REPORT**

MONTH OF _____      Apr-10

TAX PAYER ID NO. :   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

Petition filed: 5/28/2009

Nature of Debtor's Business:   real estate, film-making, photography, media consulting

Nature of Co-Debtor's Business:   N/A

DATE DISCLOSURE STATEMENT FILED _____ TO BE FILED _____

DATE PLAN OF REORGANIZATION FILED _____ TO BE FILED _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

**RESPONSIBLE PARTY:**

ORIGINAL SIGNATURE OF DEBTOR

ANDREW C BAILEY
PRINTED NAME OF DEBTOR

_____
ORIGINAL SIGNATURE OF CO-DEBTOR

_____
PRINTED NAME OF CO-DEBTOR

**PREPARER:**

14-May-10
DATE

_____
DATE

_____
ORIGINAL SIGNATURE OF PREPARER

_____
TITLE

PRINTED NAME OF PREPARER
ANDREW C BAILEY

PERSON TO CONTACT REGARDING THIS REPORT:

PHONE NUMBER:

ADDRESS:

DATE

ANDREW C BAILEY

(928) 634-4335

2500 N Page Springs Rd, Cornville, AZ 86325

FILE REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

# CASH SUMMARY
# INDIVIDUAL DEBTOR

**Attach a copy of the Bank Statements to the Report**

| | | Post-Petition Debtor-in-Possession Accounts | | |
|---|---|---|---|---|
| | Cash | Checking | Savings | TOTAL |
| WELLS FARGO BANK NA | | 3113442838 # | # | |
| Balance at Beginning of Period | | | | 230.93 |

| RECEIPTS: | | | | | |
|---|---|---|---|---|---|
| Social Security | | | | | 485.8 |
| Social Security | | | | | 35.2 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL RECEIPTS | | | | | 521.00 |

| TOTAL DISBURSEMENTS | | | | | 503.39 * |
|---|---|---|---|---|---|

| Balance at End of Month | | | | | 248.54 |
|---|---|---|---|---|---|

| CREDIT CARD ACTIVITY | Dollar Amount of Current Purchase | Interest Charges | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name Acct # | | | | |
| Name Acct # | | | | |
| Name Acct # | | | | |
| Name Acct # | | | | |

Case Number: 2:09-bk-06979-RTBP

# CASE STATUS

## QUESTIONAIRE

| | YES | NO |
|---|---|---|
| 1. Have any assets been sold or transferred during this reporting period? | | NO |
| 2. Have you made any payments to an attorney or accountant this month? | | NO |
| 3. Have any payments been made on prepetition liabilities during this reporting period? | | NO |
| 4. Have any post-petition loans been received by the debtor(s) from any party? | | NO |
| 5. Have any insurance policies or coverages expired? | | NO |
| 6. Are any post-petition real estate taxes past due? | YES | |
| 7. Have any pre-petition taxes been paid during this reporting period? | | NO |
| 8. Do you expect any significant income changes within the next 90 days? | | NO |
| 9. Are any U. S. Trustee quarterly fees delinquent? | | NO |

Provide a detailed explaination of any "YES" answers to the above questions: (attach additional sheets if needed)

Fund-raising for new film project. No progress this month.

Negotiating contract with GCT Corporation for regular monthly use of retreat center.

Property taxes due. Contacting county re payment schedule.

What progress has been made, during the reporting period, towards reorganinzing your estate ?

Filed adversary proceedings against "lenders" to gain access to information about creditors.

Developing retreat marketing plan in consultation with business consultant/marketing specialist.

Re-organization plan is clouded by difficulties with creditor identification.

Judge lifted stay on properties essential to re-organization on 2/26.

Lenders continue to withold accounting information.

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES | |
|---|---|
| Total Disbursements - Individual DIP Accounts (from above) | 503.39 * |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Plus: Payroll Deductions (from page 3) | |
| **Total Disbursements for Calculating Quarterly Fees** | 503.39 |

Page 2

# DISBURSEMENT DETAIL
(INDIVIDUAL ACCOUNTS)

**Month: April 2010**

**Account # 3113442838**

**WELLS FARGO BANK NA**

## Cash/Electronic Disbursements

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| | | Total Cash/Electronic Disbursements: | |

## CHECKS ISSUED

| Check Number | Date | Payee | Purpose | Amount |
|--------------|------|-------|---------|--------|
|  | 2-Apr | Avranz | hearing transcript | 109.2 |
|  | 5-Apr | AARP Health Care | premium | 132.86 |
|  | 6-Apr | Wells Fargo | overdraft fee | 35 |
|  | 26-Apr | Shell | gas | 29.16 |
|  | 27-Apr | Safeway | groceries | 17.28 |
|  | 28-Apr | Pacer | legal | 92.64 |
|  | 28-Apr | ACE Hardware | hardware | 62.35 |

| | | |
|---|---|---|
| Total checks listed on this page | 503.39 |
| Total checks listed on continuation pages | zero |
| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | 503.39 |

## Salary / Payroll

| Debtor | Pay Date | Gross Pay | less | Net Pay* | = | Payroll Deductions |
|--------|----------|-----------|------|----------|---|--------------------|
|  |  |  |  |  |  |  |

| Debtor | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Co-Debtor | | | | | Zero | | | | |
| **Total Payroll Deductions - report on page 2** | | | | | | | | | ZERO |

* Net Pay should include direct deposits made by your employer to your checking and savings accounts.

Page 4

# CONTINUATION SHEET
## (INDIVIDUAL ACCOUNTS)

**Month: April 2010**
**Account # 311344 2838**
**WELLS FARGO BANK NA**

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | CHECKS ISSUED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| TOTAL DISBURSEMENTS - THIS PAGE | | | | | Zero | |

Page 4a



**WELLS FARGO**

## Activity summary

| | |
|---|---:|
| Beginning balance on 4/1 | $230.93 |
| Deposits/Additions | 521.00 |
| Withdrawals/Subtractions | - 503.39 |
| **Ending balance on 4/30** | **$248.54** |

Account number: **3113442838**

**ANDREW C BAILEY**
**DEBTOR IN POSSESSION**
**CH-11, CASE 0906979, (AZ)**

*Arizona account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 122105278

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you
would like more information regarding Overdraft Protection and
eligibility requirements please call the number listed at the top of
your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---:|---:|---:|
| 4/2 | | Check Crd Purchase 04/01 Avtranz 602-263-0885 AZ 486830xxxxxx3907 092040001954665 ?McC=8111 122105278DA01 | | 109.20 | 121.73 |
| 4/5 | | AARP Health Care Premium 3127654951 Bailey A | | 132.86 | -11.13 |
| 4/6 | | Overdraft Fee | | 35.00 | -46.13 |
| 4/8 | | US Treasury 303 Soc Sec 040810 Andrew C Bailey | 35.20 | | -10.93 |
| 4/21 | | US Treasury 303 Soc Sec 042110 Andrew C Bailey | 485.80 | | 474.87 |
| 4/26 | | Check Crd Purchase 04/24 Chevron 00308116 Sedona AZ 486830xxxxxx3907 116040002108592 ?McC=5542 122105278DA90 | | 29.16 | |
| 4/26 | | POS Purchase - 04/23 Mach ID 000000 Shell Service Sshell Servscottsdale AZ 3907 ?McC=5542 122105278DA | | 24.90 | 420.81 |
| 4/27 | | POS Purchase - 04/27 Mach ID 000000 Safeway Store Safeway Scottonwood AZ 3907 ?McC=5411 122105278DA | | 17.28 | 403.53 |
| 4/28 | | Check Crd Purchase 04/27 Pacer800-676-6856Ir San Antonio TX 486830xxxxxx3907 118040004357523 ?McC=9399 122105278DA01 | | 92.64 | |
| 4/28 | | Check Crd Purchase 04/27 Verde Valley Hardware Cottonwood AZ 486830xxxxxx3907 118040002998902 ?McC=5251 122105278DA90 | | 62.35 | 248.54 |
| **Ending balance on 4/30** | | | | | **248.54** |
| **Totals** | | | **$521.00** | **$503.39** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your
transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of Overdraft and Returned Item fee(s)

| | Total this statement period | Total year-to-date † |
|---|---:|---:|
| Total Overdraft Fees | $35.00 | $35.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

† Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.

 **IMPORTANT ACCOUNT INFORMATION**