Robert J. Miller (#013334)
Kyle S. Hirsch (#024155)
BRYAN CAVE LLP
Two N. Central Avenue, 22nd Floor
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Telecopier: (602) 364-7070
Internet: rjmiller@bryancave.com
kyle.hirsch@bryancave.com

Counsel for Movant

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>ANDREW C. BAILEY,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:09-bk-06979-PHX-RTBP |
| THE BANK OF NEW YORK MELLON, as trustee of the CWALT, INC. ALTERNATIVE LOAN TRUST 2007-HY4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY4; BAC HOME LOANS SERVICING, LP; and MORTGAGE ELECTRONIC REGISTRATION SERVICE,<br><br>Movants,<br><br>vs.<br><br>ANDREW C. BAILEY,<br><br>Respondent. | **CERTIFICATE OF SERVICE OF ORDER SETTING PRELIMINARY HEARING ON RENEWED MOTION FOR RELIEF FROM THE AUTOMATIC STAY REGARDING REAL PROPERTY LOCATED AT 2560 N. PAGE SPRINGS ROAD, CORNVILLE, ARIZONA**<br><br>**Hearing Date: June 23, 2010**<br>**Hearing Time: 1:30 p.m.**<br>**Location: 230 N. First Avenue, 7th Floor Courtroom 701, Phoenix, AZ** |

STATE OF ARIZONA, COUNTY OF MARICOPA:

Pat A. Markovich, certifies and states:

I am over the age of twenty-one years and a resident of the State of Arizona. In my capacity as legal assistant to Kyle S. Hirsch, Esq. of Bryan Cave LLP, I caused true and correct copies of the Order Setting Preliminary Hearing on Renewed Motion for Relief from the Automatic Stay Regarding Real Property Located at 2560 N. Page Springs Road, Cornville,

Arizona ("Order") [DE# 190] to be served via U.S. Mail, postage prepaid, on June 14, 2010, upon the parties listed on Exhibit "A" attached hereto, which parties include, among others, the Office of the United States Trustee and those listed on the 20 Largest Unsecured Creditors list on file with the court.

True and correct copies of the Order were also e-mailed to Debtor Andrew C. Bailey and the Office of the United States Trustee at the e-mail addresses set forth below on June 14, 2010.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: June 18, 2010, at Phoenix, Arizona.

/s/ Pat A. Markovich
Pat A. Markovich

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

**EXHIBIT "A"**

Andrew C. Bailey
2500 N. Page Springs Rd.
Cornville, AZ 86325
andrew@cameronbaxter.net
Debtor in Pro Per

Larry Watson
Office of the United States Trustee
230 N. First Ave., Suite 204
Phoenix, AZ 85004
larry.watson@usdoj.gov

Constance B. Marlow
2500 N. Page Springs Road
Cornville, AZ 86325

Countrywide Bank FSB
Acct. 169656774
P.O. Box 650070
Dallas, TX 75265-0070

Yavapai County Treasurer
1015 Fair St.
Prescott, AZ 86305

Wells Fargo Home Mortgage
Acct. 0152325825
P.O. Box 30427
Los Angeles, CA 90030-0427

Wells Fargo Home Mortgage
Acct. 0060412178
P.O. Box 30427
Los Angeles, CA 90030-0427

Leonard McDonald
Tiffany & Bosco, PA
2525 E. Camelback Rd., Suite 300
Phoenix, AZ 85016
Attorneys for Wells Fargo Home Mortgage

LTD Financial Services
Acct. 5082290050153821
7322 Southwest Freeway, Suite 1600
Houston, TX 77074

CITI Aadvantage World Mastercard
Acct. 5466160232589190
P.O. Box 6403
The Lakes, NV 88901-6403

United Recovery Systems
Acct. 5466160232589190
P.O. Box 722929
Houston, TX 77272-2929

Chase Bank
Acct. 4147202029863303
P.O. Box 94014
Palatine, IL 60094-4014

Creditors Interchange
Ref. PC0130873CNC
P.O. Box 94014
Palatine, IL 60094-4014

National Exterprises Systems
Ed. 4147202029863303
29125 Solon Rd.
Solon, OH 44139-4332

Capital One Bank
Acct. 4003447009126709
P.O. Box 60599
City of Industry, CA 91716-0599

NCO Financial Systems, Inc.
P.O. Box 60024
City of Industry, CA 91716-0024

American Express
Acct. 372355243011002
P.O. Box 0001
Los Angeles, CA 90096-0001

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

Countrywide Home Loans
Acct. 164999184
P.O. Box 650070
Dallas, TX 75265-0070

Dean Prober
Polk, Prober & Raphael
P.O. Box 4365
Woodland Hills, CA 91365-4365
Attorneys for BAC Home Loans Servicing, LP

Wells Fargo Bank, N.A.
Acct. 65000971050001
P.O. Box 54180
Los Angeles, CA 90054-0180

Ronald Horwitz
Jaburg & Wilk
3200 N. Central Avenue
Phoenix, AZ 85012
Attorneys for Wells Fargo Bank, N.A.

Wells Fargo Home Equity
Acct. 65043407821998
P.O. Box 54780
Los Angeles, CA 90054-0780

Washington Mutual
Acct. 0735431678
P.O. Box 78065
Phoenix, AZ 85062-8065

Countrywide Bank
Acct. 169656774
P.O. Box 650070
Dallas, TX 75265-0070

John L. Baxter
P.O. Box 1539
Sisters, OR 97759

Teresa J. Moore
P.O. Box 75217
Honolulu, HI 96836

GC Services Limited Partnership
Acct. 372355243011002
P.O. Box 46960
St. Louis, MO 63146

Zwicker & Associates
Acct. 372355243011002
199 S. Los Robles Ave., Suite 410
Pasadena, CA 91101

Bank of America World Points
Acct. 5329069810217578
P.O. Box 15726
Wilmington, DE 19886-5726

First Source Advantage
Ref. 50050660
205 Bryant Woods South
P.O. Box 628
Amherst, NY 14228

Bank of America Visa
Acct. 4264287646848669
P.O. Box 15971
Wilmington, DE 19850-5971

Encore Receivable Management
Acct. 12418810
400 N. Rogers Rd.
P.O. Box 3330
Olathe, KS 66063-3330

Washington Mutual Bank Platinum Mastercard
Acct. 5418226504086246
P.O. Box 660487
Dallas, TX 75266-0487

Law Offices of Harrison Ross Byck
229 Plaza Blvd., Suite 112
Morrisville, PA 19067

Home Depot Credit Services
Acct. 6035320192988572
P.O. Box 6028
The Lakes, NV 88901-6028

Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000

CITI Cards
Acct. 5082290050153821
P.O. Box 6077
Sioux Falls, SD 57117-6077

Citicorp Credit Services, Inc.
Acct. 6035320192988572
P.O. Box 653095
Dallas, TX 75625

Verde Valley Hospital
c/o Healthcare Collections
Acct. #F40296
P.O. Box 82910
Phoenix, AZ 85071-2910

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000