Robert J. Miller (#013334)
Kyle S. Hirsch (#024155)
BRYAN CAVE LLP
Two N. Central Avenue, 22nd Floor
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Telecopier: (602) 364-7070
Internet: rjmiller@bryancave.com
kyle.hirsch@bryancave.com
Counsel for Movants

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 Proceedings |
|---|---|
| ANDREW C. BAILEY, | Case No. 2:09-bk-06979-PHX-RTBP |
| Debtor. | |
| THE BANK OF NEW YORK MELLON, as trustee of the CWALT, INC. ALTERNATIVE LOAN TRUST 2007-HY4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY4; BAC HOME LOANS SERVICING, LP; and MORTGAGE ELECTRONIC REGISTRATION SERVICE,<br>Movants,<br>vs.<br>ANDREW C. BAILEY,<br>Respondent. | SUPPLEMENTAL DECLARATION OF JACQUI E. WHITNEY IN SUPPORT OF MOTION FOR RELIEF FROM STAY REGARDING REAL PROPERTY LOCATED AT 2560 N. PAGE SPRINGS ROAD, CORNVILLE, ARIZONA<br><br>Hearing Date: June 23, 2010<br>Hearing Time: 1:30 p.m. |

I, JACQUI E. WHITNEY, state, under penalty of perjury under the laws of the United States of America, as follows:

1. I am over the age of 18, and I am competent to testify as to the matters stated in this Declaration.

2. I am Assistant Vice President/Paralegal in the Legal Department – Litigation Division of Bank of America Corporation ("BofA"). I am making this Declaration in connection with the above-captioned bankruptcy case. I have personal

670786.1 [0307032]

knowledge of all matters set forth herein, and if called upon as a witness in this case, I could and would testify competently to the best of my knowledge to the truth thereof.

3. I have access to certain business records of BofA, and I make this Declaration based upon the information contained in those business records. The business records to which I have access in the files of BofA and upon which I relied in making this Declaration constitute writings made in the regular and ordinary course of business, at or near the time of the event, or act, of which they are a record, by or from information transmitted by a person with knowledge thereof, and made pursuant to the regular practices of the relevant business activity.

4. Attached as Exhibit "A" is a broker's price opinion ("Opinion") prepared by Holly Maberry with the firm of Coldwell Banker relating to that certain real property located at 2560 N. Page Springs Road, Cornville, AZ 86325 ("Trust Property").

5. The Opinion is a document of the type described in paragraph 3 hereof.

6. The Opinion reflects an "as-is' value of the Trust Property of $299,900 and an estimated market value of $310,000.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. If called to testify, I would testify as I have stated in this declaration.

Executed this 22nd day of June, 2010 at Westlake Village, California.

Jacqui E. Whitney

Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406

670786.1 [0307032]