# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | ANDREW C BAILEY | | |
| **Case Number:** | 2:09-bk-06979-RTBP | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, JUNE 23, 2010 01:30 PM   7TH FLOOR #701 | | |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY | | |
| **Courtroom Clerk:** | WANDA GARBERICK | | |
| **Reporter / ECR:** | ANDAMO PURVIS | | |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY BANK OF NEW YORK MELLON

**R / M #:**   178 / 0

## Appearances:

ANDREW C BAILEY (Telephonic)
KYLE S. HIRSCH, ATTORNEY FOR BANK OF NEW YORK MELLON

## Proceedings:

Mr. Hirsch notes a lack of equity in the property and feels that an evidentiary hearing may be needed. Mr. Bailey states that he has been speaking to an attorney, and would like this matter continued to next week when he will be in town to appear in person for the hearing.

COURT: IT IS ORDERED CONTINUING THIS HEARING TO JUNE 30, 2010 AT 2:30 P.M.

Case 2:09-bk-06979-RTBP   Doc 197   Filed 06/23/10   Entered 06/24/10 09:22:33   Desc
Main Document    Page 1 of 1
06/24/2010   9:22:23AM