Steven D. Jerome (#018420)
Andrew V. Hardenbrook (#025518)
SNELL & WILMER L.L.P.
One Arizona Center
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
E-mail:  sjerome@swlaw.com
         ahardenbrook@swlaw.com
Attorneys for Wells Fargo Bank, NA

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Proceedings Under Chapter 11 |
| ANDREW C BAILEY, | Case No. 2:09-bk-06979-RTBP |
| Debtor. | **APPLICATION FOR ORDER AUTHORIZING SUBSTITUTION OF COUNSEL** |

Pursuant to Local Rule 9010-1(b), Wells Fargo Bank, N.A. ("Wells Fargo"), creditor herein, respectfully asks the Court to enter an Order[1] authorizing the substitution of Steven D. Jerome of the law firm SNELL & WILMER L.L.P. in place of Tiffany & Bosco, P.A., as counsel of record for Wells Fargo.

Mr. Jerome's contact information is:

Steven D. Jerome
SNELL & WILMER L.L.P.
One Arizona Center
Phoenix, AZ 85004-2202
Email: sjerome@swlaw.com

/ / /

/ / /

/ / /

/ / /

---

[1] A proposed form of order is attached hereto as **Exhibit "A"**.

11691542

RESPECTFULLY SUBMITTED this 6th day of July, 2010.

| TIFFANY & BOSCO, P.A. | SNELL & WILMER L.L.P. |
|---|---|
| By:/s/ KPN (023381) <br> Kevin Patrick Nelson <br> Tiffany & Bosco, P.A. <br> 2525 E. Camelback Road <br> Phoenix, AZ 85016-4237 <br> Former Attorney for Wells Fargo Bank, NA | By:/s/ AVH (025518) <br> Steven D. Jerome <br> Andrew V. Hardenbrook <br> One Arizona Center <br> 400 E. Van Buren <br> Phoenix, AZ 85004-2202 <br> Attorney for Wells Fargo Bank, NA |

COPY of the foregoing served by electronic notification or U.S. Mail on June 30, 2010, to:

Andrew C. Bailey
2500 N. Page Springs RD
Cornville, AZ 86325
Debtor

Jennifer A. Giaimo
Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003
Email: Jennifer.A.Giaimo@usdoj.gov

GE Money Bank
c/o Recovery Management Systems Corp.
Attn: Ramesh Singh
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605
E-mail: claims@recoverycorp.com

Gerard R. O'Meara
Gust Rosenfeld, PLC
1 South Church Avenue, Suite 1900
Tucson, Arizona 85701-1620
Email: gromeara@gustlaw.com

Constance B. Marlow
2500 N. Page Springs Road
Cornville, AZ 86325

John L. Baxter
P.O. Box 1539
Sisters, OR 97759

Teresa J. Moore
P.O. Box 75217
Honolulu, HI 96836

Citi Cards
P.O. Box 6077
Sioux Falls, SD 57117

Citi Advantage World MC
P.O. Box 6403
The Lakes, NV 88901-6403

Chase Bank
P.O. Box 94014
Palatine, IL 60094-4014

Capital One Bank
P.O. Box 60599
City of Industry, CA 91716-0599

American Express
Box 0001
Los Angeles, CA 90096-0001

Bank of America
P.O. Box 15726
Wilmington, DE 19886-5726

Washington Mutual Bank
P.O. Box 660487
Dallas, TX 75266-0487

11691542

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

| | | |
|---|---|---|
| 1 | Home Depot Credit Services<br>P.O. Box 6028<br>The Lakes, NY 88901-6028 | Deluxe Business Checks<br>P.O. Box 742572<br>Cincinnati, OH 45274-2572 |
| 3 | Verde Valley Hospital<br>P.O. Box 82910<br>Phoenix, AZ 85071-2910 | Mark S. Bosco<br>Tiffany & Bosco P.A.<br>2525 E. Camelback Road, #300<br>Phoenix, AZ 85016 |
| 5 | Household Bank<br>P.O. Box 60102<br>City of Industry, CA 91716-0102 | Dean R. Prober<br>Polk, Prober & Raphael, A Law Corporation<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, California 91364 |
| 7 | H & H Accounting & Business Services<br>P.O. Box 2109<br>Cottonwood, AZ 86326 | |
| 9 | Bank of America<br>P.O. Box 17309<br>Baltimore, MD 21297-1309 | |
| 11 | Aspen Valley Hospital<br>P.O. Box 5244<br>Denver, CO 80217 | |
| 13 | Lowe's<br>P.O. Box 530914<br>Atlanta, GA 30353-0914 | |
| 15 | Brett Amick<br>20 Supai Drive<br>Sedona, AZ 86351 | |
| 17 | Dex Media<br>26000 Cannon Road<br>Cleveland, OH 44146 | |
| 19 | Qwest<br>P.O. Box 29040<br>Phoenix, AZ 85038-9040 | |
| 21 | Michael K. McKinney MD PA<br>203 S. Candy Lance, Suite 2A<br>Cottonwood, AZ 86326 | |

/s/ Jennette Golder
Jennette Golder

11666413

# EXHIBIT A

Steven D. Jerome (#018420)
SNELL & WILMER L.L.P.
One Arizona Center
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
E-mail: sjerome@swlaw.com
Attorneys for Wells Fargo Bank, N.A.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>ANDREW C BAILEY,<br><br>Debtor. | Proceedings Under Chapter 11<br><br>Case No. 2:09-bk-06979-RTBP<br><br>**ORDER AUTHORIZING SUBSTITUTION OF COUNSEL** |

Based upon that certain *Application for Order Authorizing Substitution of Counsel*, and good cause appearing,

IT IS HEREBY ORDERED that Steven D. Jerome of the law firm SNELL & WILMER L.L.P., is substituted in place of Tiffany & Bosco, P.A., as counsel of record for Wells Fargo Bank, NA. ("Wells Fargo"). Effective immediately, all papers to be served on Wells Fargo in this case shall be served on Mr. Jerome as follows:

> Steven D. Jerome
> SNELL & WILMER L.L.P.
> One Arizona Center
> Phoenix, AZ 85004-2202
> Email: sjerome@swlaw.com

**DATED AND SIGNED ABOVE.**

11691612