## Notice Recipients

District/Off: 0970–2 | User: taylore | Date Created: 7/30/2010
Case: 2:09–bk–06979–RTBP | Form ID: pdf004 | Total: 2

**Recipients of Notice of Electronic Filing:**
db     ANDREW C BAILEY     andrew@cameronbaxter.net
aty     KYLE S. HIRSCH     kyle.hirsch@bryancave.com

TOTAL: 2