# Notice Recipients

District/Off: 0970–2  User: taylore  Date Created: 7/30/2010
Case: 2:09–bk–06979–RTBP  Form ID: ntcntry  Total: 2

**Recipients of Notice of Electronic Filing:**
db    ANDREW C BAILEY    andrew@cameronbaxter.net
aty    KYLE S. HIRSCH    kyle.hirsch@bryancave.com

TOTAL: 2