

B26 (Official Form 26) (12/08)



FILED
AUG 0 2 2010
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# United States Bankruptcy Court
## District of Arizona

In re **Andrew C. Bailey**
Debtor

Case No. **2:09-bk-06979-RTBP**
Chapter 11

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of **6/30/10** on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| Rancho Felix LLC | 50% | 1. |
| Cameron Baxter Films LLC | 50% | 2. |
| Cameron Baxter Enterprises LLC | 50% | 3. |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

B26 (Official Form 26) (12/08) – Cont.

Date: 7/30/10

_____N/A_____
Signature of Authorized Individual

_____
Name of Authorized Individual

_____
Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

_____
Signature(s) of Debtor(s) (Individual/Joint)

_____
Signature of Debtor

_____N/A_____
Signature of Joint Debtor

CameronBaxter Films, LLC

VALUATION

Not Available at this time

Preparer: AC Bailey

CameronBaxter Films, LLC

BALANCE SHEET 1/1/10 – 6/30/10

Not Available at this time

Preparer: AC Bailey

Exhibit B-1

08/03/2010

# CBF   JAN - JUNE 2010

| | | |
|---|---:|---:|
| INCOME | $ 2,003.93 | |
| | | |
| AUTO EXPENSES | | $ 1,676.21 |
| OFFICE SUPPLIES | | $ 1,205.42 |
| ELECTRONIC REPAIRS | | $   - |
| PRINTING /REPROD | | $ 584.37 |
| ADVERTISING | | $ 500.00 |
| SUPPLIES | | $ 653.27 |
| TRAVEL Lodging, meals | | $ 1,533.25 |
| POSTAGE | | $   - |
| BANK FEES | | $ 35.00 |
| REPAIRS | | $ 37.10 |
| | $ 2,003.93 | $ 6,224.62 |
| | | |
| NET INCOME | $ 2,003.93 | |
| | $ (6,224.62) | |
| | | |
| | $ (4,220.69) | |

CameronBaxter Films, LLC

CASH FLOWS

Not Available at this time

Preparer: AC Bailey

CameronBaxter Films, LLC

EQUITY CHANGES

Not Available at this time

Preparer: AC Bailey

## CBF-Description of Operations

## Cameron Baxter Films, LLC

Interest 50%

Business - the creation and marketing of independent motion pictures.
Principal product - the documentary film IN SEARCH OF THE FUTURE.

We created and released this film between 2004 and 2008.
It has been well-received, but is yet to make a profit.

The company has been seeking investors to market this film and a proposed sequel. With appropriate funding and marketing this could be a viable business, but at the moment it is dormant.

Source preparer: AC Bailey

RANCHO FELIZ, LLC

VALUATION

Not Available at this time

Preparer: AC Bailey

RANCHO FELIZ, LLC

BALANCE SHEET 1/1/10 – 6/30/10

Not Available at this time

Preparer: AC Bailey

# RANCHO FELIZ/ INNSTITUTE   JAN - JUNE 2010

| | | |
|---|---|---:|
| INCOME | | $ 4,848.21 |
| | | |
| AUTO EXP | | $ - |
| BANK FEES | | $ 419.33 |
| POSTAGE | | $ - |
| PROF ACCTING | | $ 600.00 |
| BOOKKEEPING | | $ - |
| CLERICAL | | $ - |
| FOOD /SUP FOR GUESTS | | $ - |
| CLEANING | | $ - |
| REPAIRS / MANT | | $ 60.10 |
| TELEPHONE | | $ 950.73 |
| CABLE | | $ 299.26 |
| TRASH | | $ 54.00 |
| GAS/ELEC | | $ 2,058.53 |
| ADV/DOMAIN | | $ 70.55 |
| OFFICE SUPPLIES/EQUIP | | $ 277.46 |
| PRINTING & REPRO | | $ - |
| SALES TAX | | $ 1,721.06 |
| MEALS & ENTERTAIN | | $ - |
| HOUSE INSURANCE | | $ 186.16 |
| | | $ 6,697.18 |
| | INCOME | $ 4,848.21 |
| | EXPENSES | $ (6,697.18) |
| NET INCOME | | $ (1,848.97) |

RANCHO FELIZ, LLC

CASH FLOWS

Not Available at this time

Preparer: AC Bailey

Exhibit B-3

RANCHO FELIZ, LLC

EQUITY CHANGES

Not Available at this time

Preparer: AC Bailey

## RF-Description of Operations

**Rancho Feliz, LLC**

Interest 50%

This is the Bed & Breakfast/Retreat Center entity.
aka Page Springs Bed and Breakfast (B&B)
http://www.PageSpringsBandB.com
aka The INNstitute At Sedona (Retreat Center)
http://www.TheINNstituteAtSedona.com

<u>Product</u>: We offer a host facility for workshops, retreats and conferences and offer accommodations for individuals on personal retreat.

<u>Seasonality</u>: the hospitality business in Sedona, AZ is very seasonal (spring & fall)
The retreat center business is less affected but seasonality is still an issue.
Best months March-June and Sept-November.

The Retreat Center business was launched in August 2008 and generated $15,000 gross income in Sept 2008, and $8,000 gross income in June 2009. These have been our best months to date. Uncertainty concerning our future, specifically the ongoing efforts of our mortgage lenders to foreclose rather than negotiate a viable loan modification and principal reduction, has meant that we have been unable to enter into contractual agreements with retreat facilitators.

Despite the economic downturn, the retreat business has demonstrated its potential to be viable. We found the B&B business to be very cost/labor intensive and unprofitable. The retreat business has real potential. Much higher income-to-expense ratio than B&B operation. Proven track record. Needs advertising/promotion/marketing.

We have temporarily downsized the operation by taking in an innkeeper and groundskeeper who occupy part of the property in exchange for their services.

Source preparer: AC Bailey

EXHIBIT "C"

# CAMERONBAXTER ENTERPRISES, LLC

VALUATION

Not Available at this time

Preparer: AC Bailey

# CAMERONBAXTER ENTERPRISES, LLC

BALANCE SHEET 1/1/10 – 6/30/10

Not Available at this time

Preparer: AC Bailey

CAMERONBAXTER ENTERPRISES, LLC

INCOME STATEMENT   1/1/10 – 6/30/10

No Activity

Preparer: AC Bailey

# CAMERONBAXTER ENTERPRISES, LLC

CASH FLOWS

Not Available at this time

Preparer: AC Bailey

Exhibit B-3

# CAMERONBAXTER ENTERPRISES, LLC

## EQUITY CHANGES

Not Available at this time

Preparer: AC Bailey

**Description of Operations**

**Cameron Baxter Enterprises, LLC**

Interest 50%

This LLC is the Real Estate Holding Company which has been used for the 3 contiguous properties on Page Springs Road.

PLEASE NOTE: Upon receipt of legal advice that properties held in the LLC were not protected under the Bankruptcy laws, these properties were transferred back into our personal names and recorded with Yavapai County on July 10, 2009.

The LLC does not do any business per se and does not have any assets as of July 10, 2009.


Source preparer: AC Bailey