Post-BAPCPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re: Andrew C Bailey

Debtor(s)

CASE NO. 2:09-bk-06979-RTBP

**INDIVIDUAL DEBTOR NOT ENGAGED IN BUSINESS MONTHLY REPORT**

MONTH OF Jul-10

TAX PAYER ID NO.: 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

Petition filed: 5/28/2009

Nature of Debtor's Business: real estate, film-making, photography, media consulting

Nature of Co-Debtor's Business: N/A

DATE DISCLOSURE STATEMENT FILED _____ TO BE FILED

DATE PLAN OF REORGANIZATION FILED _____ TO BE FILED

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

RESPONSIBLE PARTY:

_[signature]_
ORIGINAL SIGNATURE OF DEBTOR

ANDREW C BAILEY
PRINTED NAME OF DEBTOR

15-Aug-10
DATE

_____
ORIGINAL SIGNATURE OF CO-DEBTOR

_____
PRINTED NAME OF CO-DEBTOR

_____
DATE

PREPARER:

_[signature]_
ORIGINAL SIGNATURE OF PREPARER

_____
TITLE

FILED
AUG 19 2010
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

PRINTED NAME OF PREPARER
ANDREW C BAILEY                                          DATE

PERSON TO CONTACT REGARDING THIS REPORT:

ANDREW C BAILEY

PHONE NUMBER: (928) 634-4335

ADDRESS: 2500 N Page Springs Rd, Cornville, AZ 86325

FILE REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

# CASH SUMMARY
# INDIVIDUAL DEBTOR

Attach a copy of the Bank Statements to the Report

| | Post-Petition Debtor-in-Possession Accounts | | | |
|---|---|---|---|---|
| | Cash | Checking | Savings | TOTAL |
| WELLS FARGO BANK NA | | 313442838 # | # | |

| Balance at Beginning of Period | | | | 336.4 |
|---|---|---|---|---|

| **RECEIPTS** | | | | |
|---|---|---|---|---|
| Social Security | | | | 521 |
| Cash deposit | | | | 80 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL RECEIPTS | | | | 601.00 |

| TOTAL DISBURSEMENTS | | | | 391.61 * |
|---|---|---|---|---|

| Balance at End of Month | | | | |
|---|---|---|---|---|

| CREDIT CARD ACTIVITY | Dollar Amount of Current Purchase | Interest Charges | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name | | | | |
| Acct # | | | | |
| Name | | | | |
| Acct # | | | | |
| Name | | | | |
| Acct # | | | | |

## DISBURSEMENTS FOR CALCULATING QUARTERLY FEES

| | |
|---|---:|
| Total Disbursements - Individual DIP Accounts (from above) | 391.61 * |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Plus: Payroll Deductions (from page 3) | |
| **Total Disbursements for Calculating Quarterly Fees** | 391.61 |

Page 2

Case Number: 2:09-bk-06979-RTBP

# CASE STATUS

## QUESTIONAIRE

| | YES | NO |
|---|---|---|
| 1. Have any assets been sold or transferred during this reporting period? | | NO |
| 2. Have you made any payments to an attorney or accountant this month? | | NO |
| 3. Have any payments been made on prepetition liabilities during this reporting period? | | NO |
| 4. Have any post-petition loans been received by the debtor(s) from any party? | | NO |
| 5. Have any insurance policies or coverages expired? | | NO |
| 6. Are any post-petition real estate taxes past due? | YES | |
| 7. Have any pre-petition taxes been paid during this reporting period? | | NO |
| 8. Do you expect any significant income changes within the next 90 days? | | NO |
| 9. Are any U. S. Trustee quarterly fees delinquent? | | NO |

Provide a detailed explaination of any "YES" answers to the above questions: (attach additional sheets if needed)

Our property at 2500 N Page Springs Rd, Cornville, AZ was sold by Tiffany & Bosco on May 25, 2010 to Lehman Brothers Bank, FSB. Property title was transferred by Lehman to USBank NA as Trustee for SARM 2006-8 on June 1, 2010.

Wrongful foreclosure. Debtor is contesting the forcible detainer in superior court.

Stay has been lifted on property at 2560 N Page Springs Rd.

What progress has been made, during the reporting period, towards reorganinzing your estate?

None. The above properties are essential to the reorganization. We cannot promote the business at this point.

Page 3

Case Number: 2:09-bk-06979-RTBP

**DISBURSEMENT DETAIL**
(INDIVIDUAL ACCOUNTS)

Month: July 2010
Account # 3113442838
WELLS FARGO BANK NA

### Cash/Electronic Disbursements

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| | | Total Cash/Electronic Disbursements | ZERO |

### CHECKS ISSUED

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 6-Jul | Hess Station | gas | 29.99 |
| | 6-Jul | King Kullen | groceries | 23.95 |
| | 6-Jul | LIRR | train ticket | 16.75 |
| | 7-Jul | Yama Q | food | 31.51 |
| | 8-Jul | King Kullen | groceries | 31.84 |
| | 9-Jul | Hess Station | gas | 15.37 |
| | 12-Jul | Dr Fishman | medical | 40 |
| | 12-Jul | LIRR | train ticket | 14.25 |
| | 12-Jul | King Kullen | food | 8.58 |
| | 15-Jul | Connolly's | food | 40.93 |
| | 16-Jul | Rubio's | food | 14.78 |
| | 16-Jul | US Airways | food | 5 |
| | 16-Jul | Starbucks | food | 3.86 |
| | 19-Jul | Office Max | supplies | 44.98 |
| | 19-Jul | Verde Valley H'ware | supplies | 14.62 |
| | 28-Jul | PACER | | 55.2 |

Total checks listed on this page

Total checks listed on continuation pages

**TOTAL DISBURSEMENTS FOR THE MONTH** (include cash/electronic disbursements): 391.61

| Salary / Payroll | Pay Date | Gross Pay | less | Net Pay* | = | Payroll Deductions |
|---|---|---|---|---|---|---|
| Debtor | | | | | | |

| Debtor | | | | | | | | Zero |
|---|---|---|---|---|---|---|---|---|
| Co-Debtor | | | | | | | | Zero |

**Total Payroll Deductions - report on page 2** | **ZERO**

* Net Pay should include direct deposits made by your employer to your checking and savings accounts.

Page 4



CONTINUATION SHEET
(INDIVIDUAL ACCOUNTS)

Month: July 2010
Account # 3113442838
WELLS FARGO BANK NA



Page 4a



Wells Fargo Online®

## Account Activity

CHECKING XXXXXX2838

### Activity Summary

| | |
|---|---|
| Ending Balance as of 08/12/10 | $105.80 |
| Available Balance | $75.06 |

### Transactions

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

Show: All Transactions with Balances for Date Range 07/01/10 to 07/31/10

| Date | Description | Deposits / Additions | Withdrawals / Subtractions | Ending Daily Balance |
|---|---|---|---|---|
| **Pending Transactions** | | | | |
| No pending transactions meet your criteria above. | | | | |
| **Posted Transactions** | | | | |
| 07/28/10 | CHECK CRD PURCHASE 07/27 PACER800-676-6856IR SAN ANTONIO TX 486830XXXXXX3907 209040004754960 ?MCC=9399 01 | | $55.20 | $545.79 |
| 07/21/10 | US TREASURY 303 SOC SEC 072110 ANDREW C BAILEY | $521.00 | | $600.99 |
| 07/19/10 | CHECK CRD PURCHASE 07/17 VERDE VALLEY HARDWARE COTTONWOOD AZ 486830XXXXXX3907 200040002626941 ?MCC=5251 90 | | $14.62 | $79.99 |
| 07/19/10 | POS PURCHASE - OFFICE MAX 1685OFFICE MAXCOTTONWOOD AZ 3907 | | $44.98 | |
| 07/19/10 | DEPOSIT #218094520 | $80.00 | | |
| 07/16/10 | CHECK CRD PURCHASE 07/14 STARBUCKS USA 00053777 GILBERT AZ 486830XXXXXX3907 197040001524093 ?MCC=5814 90 | | $3.86 | $59.59 |
| 07/16/10 | CHECK CRD PURCHASE 07/14 INFLIGHT US AIRWAYS PHOENIX AZ 486830XXXXXX3907 197040003935787 ?MCC=5499 90 | | $5.00 | |
| 07/16/10 | CHECK CRD PURCHASE 07/14 RUBIO'S GILBERT #49 GILBERT AZ 486830XXXXXX3907 197040003150561 ?MCC=5814 90 | | $14.78 | |
| 07/15/10 | CHECK CRD PURCHASE 07/13 CONNOLLY'S 44 W54TH NEW YORK NY 486830XXXXXX3907 196040003478513 ?MCC=5812 90 | | $40.93 | $83.23 |
| 07/12/10 | POS PURCHASE - KING KULLEN GROKING KULLEHampton Bays NY 3907 | | $8.58 | $124.16 |
| 07/12/10 | POS PURCHASE - LIRR TVM LIRR TVM JAMAICA NY 3907 | | $14.25 | |
| 07/12/10 | CHECK CRD PURCHASE 07/07 DR STEVEN J FISHMAN SOUTHAMPTON NY 486830XXXXXX3907 192040006755033 ?MCC=8011 122105278DA90 | | $40.00 | |
| 07/09/10 | POS PURCHASE - HESS 32479 HESS 32479WATER MILL NY 3907 | | $15.37 | $186.99 |
| 07/08/10 | POS PURCHASE - KING KULLEN GROKING KULLEBridgehamptonNY 3907 | | $31.84 | $202.36 |
| 07/07/10 | CHECK CRD PURCHASE 07/05 YAMA Q FOOD INC BRIDGEHAMPTON NY 486830XXXXXX3907 188040002295501 ?MCC=5812 122105278DA90 | | $31.51 | $234.20 |
| 07/06/10 | CHECK CRD PURCHASE 07/02 LIRR TVM 877-547-7876 NY 486830XXXXXX3907 185040000424211 ?MCC=4111 122105278DA90 | | $16.75 | $265.71 |
| 07/06/10 | POS PURCHASE - KING KULLEN GROKING KULLEHampton Bays NY 3907 00580184563164205 | | $23.95 | |
| 07/06/10 | POS PURCHASE - HESS 32479 HESS 32479WATER MILL NY 3907 00380187083086408 | | $29.99 | |
| **Totals** | | **$601.00** | **$391.61** | |

⌂ Equal Housing Lender
© 1995 – 2010 Wells Fargo. All rights reserved.