10/1/46

Please change the address for
Andrew Bailey BK Case # 2:09-BK-06979-RTBP
from

2500 N Page Springs Rd
Cornville, AZ 86325

to

2560 N. Page Springs Rd
Cornville, AZ 86325

**FILED**

OCT - 4 2010

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

Thank you

*Andrew Bailey*

Andrew C. Bailey

10/05/2010